UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anvik Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>IPS Alpha Technology, Ltd.,<br>Toshiba Corporation,<br>Toshiba America, Inc.,<br>Toshiba America Consumer Products, L.L.C.,<br>Matsushita Electric Industrial Co., Ltd.,<br>Panasonic Corporation of North America,<br>Hitachi, Ltd.,<br>Hitachi Displays, Ltd.,<br>Hitachi America, Ltd., and<br>HITACHI Electronic Devices USA, Inc.,<br><br>    Defendants. | CIVIL ACTION No. _____<br><br>RULE 7.1 STATEMENT OF PLAINTIFF ANVIK CORPORATION<br><br>**08 CIV. 4036** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Anvik Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    NONE.

April 29, 2008                                    Respectfully submitted,

By: _____                         By: _____
Chad Johnson (CJ-3395)                            Joshua L. Raskin (JR-4603)
BERNSTEIN LITOWITZ BERGER &                       WOLF BLOCK LLP
  GROSSMANN LLP                                   250 Park Avenue
1285 Avenue of the Americas                       New York, NY 10177
New York, NY 10019                                Phone: (212) 986-1116
Phone: (212) 554-1484                             Fax: (212) 986-0604
Fax: (212) 554-1444

**ATTORNEYS FOR PLAINTIFF ANVIK CORPORATION**