UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANVIK CORPORATION,
                              Plaintiffs,

                    -V-

IPS ALPHA TECHNOLOGY LTD. ET AL,
                              Defendants.

**CERTIFICATE OF MAILING**

08 CV 4036 (SCR)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**5ᵗʰ day of May, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**29ᵗʰ day of April, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8602 9257 8564**

_J. Michael McMahon_
                                        CLERK

Dated: New York, NY

**FedEx Express** — International Air Waybill
For FedEx services worldwide.

**1 From** *Please print and press hard*

Date MM/DD/YY
Sender's FedEx Account Number: 2015-7126-0

Sender's Name: GARY NESTON
Phone:

Company: Bernstein Litowitz Berger & Grossmann LLP

Address: 1285 6th Ave

Address:

City: New York
State/Province: New York

Country: United States
ZIP/Postal Code: 10019

**2 To**

Recipient's Name: General Counsel
Phone:

Company: Hitachi Displays, Ltd.

Address: AKS Bldg. 5F, Kanda Neribei-cho 3
Dept./Floor:

Address:

City: Chiyoda-ku
State/Province: Tokyo

Country: Japan
ZIP/Postal Code: 101-0072

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information**
For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages / Shipper's Load and Count/SLAC
Total Weight: lbs. / kg
DIM: / / in. cm

| Commodity Description DETAIL REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| Documents | | USA | $10.00 |
| COMPLETE IN ENGLISH | | | |

Has EEI/SED been filed in AES? For U.S. Export Only: Check One
No EEI/SED required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
No EEI/SED required, enter exemption number:
Yes – Enter AES proof of filing citation:

Total Declared Value for Carriage
If other than NLR, enter License Exception:

Total Value for Customs (Specify Currency)

**4 Express Package Service** — Packages up to 150 lbs./68 kg
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

☑ FedEx Intl. Priority
☐ FedEx Intl. First — Available to select locations. Higher rates apply.
☐ FedEx Intl. Economy — FedEx Envelope and FedEx Pak rate not available.

**5 Packaging**
☑ FedEx Envelope  ☐ FedEx Pak  ☐ FedEx Box  ☐ FedEx Tube
☐ Other  ☐ FedEx 10kg Box*  ☐ FedEx 25kg Box*

**6 Special Handling**
☐ HOLD at FedEx Location  ☐ SATURDAY Delivery — Available to select locations for FedEx Intl. Priority only.

**7a Payment** *Bill transportation charges to:*
☑ Sender Acct. No. in Section 1 will be billed.  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check/Cheque
FedEx Acct. No.
Credit Card No.
Credit Card Exp. Date

**7b Payment** *Bill duties and taxes to:*
☑ Sender Acct. No. in Section 1 will be billed.  ☐ Recipient  ☐ Third Party
FedEx Acct. No.

**8 Your Internal Billing Reference** — First 24 characters will appear on invoice.
OPTIONAL

**9 Required Signature**
Sender's Signature:

For Completion Instructions, see back of fifth page.

FedEx Tracking Number: 8602 9257 8564
Form ID No.

Ship and track packages at fedex.com

Questions? Go to our Web site at fedex.com.
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.