UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANVIK CORPORATION,<br>　　　　　　　　　Plaintiffs,<br><br>　　　　　-V-<br><br>IPS ALPHA TECHNOLOGY LTD. ET AL,<br>　　　　　　　　　Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br>08 CV 4036 (SCR) |

U.S. DISTRICT COURT FILED MAY 05 2008 S.D. OF N.Y.

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 5th day of May, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

### 29th day of April, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8602 9257 8597**

*J. Michael McMahon*
CLERK

Dated: New York, NY

## International Air Waybill
For FedEx services worldwide.

**Sender's Copy**

e print and press hard.

Sender's FedEx Account Number: 2015-7126-0

GARY WESEN

Bernstein Litowitz Berger & Grossmann LLP

1285 6th Ave

New York        State/Province: New York

United States   ZIP/Postal Code: 10019

General Counsel

Matsushita Electric Industrial Co., Ltd.

1006, Kadoma

Kadoma City    State/Province: Osaka

Japan          ZIP/Postal Code: 571-8501

**4 Express Package Service**
- [X] FedEx Intl. Priority
- [ ] FedEx Intl. First
- [ ] FedEx Intl. Economy

**5 Packaging**
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other
- [ ] FedEx 10kg Box
- [ ] FedEx 25kg Box

**6 Special Handling**
- [ ] HOLD at FedEx Location
- [ ] SATURDAY Delivery

**7a Payment** Bill transportation charges to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check/Cheque

**7b Payment** Bill duties and taxes to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party

**Commodity Description:** meats

**Country of Manufacture:** USA

**Value for Customs:** $10.00

FedEx Tracking Number: 8602 9257 8597

521

0402