

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANVIK CORPORATION,
                      Plaintiffs,

-V-

IPS ALPHA TECHNOLOGY LTD. ET AL,
                      Defendants.

**CERTIFICATE OF MAILING**

08 CV 4036 (SCR)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 5th day of May, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

### 29th day of April, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8602 9257 8623**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# FedEx Express International Air Waybill
For FedEx services worldwide.

**Sender**

## 1 From *Please print and press hard*

Date (MM/DD/YY): _____

Sender's FedEx Account Number: 2015-7126-0

Sender's Name: GARY WESTON
Phone: 212-554-1408

Company: Bernstein Litowitz Berger & Grossmann LLP

Address: 1285 6th Ave

Address: _____

City: New York
State/Province: New York

Country: United States
ZIP/Postal Code: 10019

## 2 To

Recipient's Name: General Counsel
Phone: _____

Company: Toshiba Corporation

Address: 1-1, Shibaura 1-chome
Dept./Floor: _____

Address: _____

City: Minato-ku
State/Province: Tokyo

Country: Japan
ZIP/Postal Code: 105-01

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required

## 3 Shipment Information
☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages (Shipper's Load and Count/SLAC): 1
Total Weight: ___ ☐ lbs ☐ kg
DIM: ___ / ___ / ___ ☐ in ☐ cm

| Commodity Description DETAIL REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| Documents | | USA | $10.00 |

COMPLETE IN ENGLISH

Has EEI/SED been filed in AES? *U.S. Export Only: Check One*
☐ No EEI/SED required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
☐ No EEI/SED required, enter exemption number ___
☐ Yes — Enter AES proof of filing citation:

Total Declared Value for Carriage: ___
If other than NLR, enter License Exception: ___

Total Value for Customs (Specify Currency): ___

## 4 Express Package Service
*Packages up to 150 lbs./68 kg*
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill

☒ FedEx Intl. Priority
☐ FedEx Intl. First — Available to select locations. Higher rates apply.
☐ | | | — FedEx Intl. Economy — FedEx Envelope and FedEx Pak rate not available.

## 5 Packaging
*These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube
☐ Other ___   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

## 6 Special Handling
☐ HOLD at FedEx Location   ☐ SATURDAY Delivery
*Available to select locations for FedEx Intl. Priority only.*

## 7a Payment *Bill transportation charges to:*
Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.
☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash Check/Cheque
FedEx Acct. No. ___
FedEx Use Only

Credit Card No. ___
Credit Card Exp. Date ___

## 7b Payment *Bill duties and taxes to:*
ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.
Enter FedEx Acct. No. below.

☒ Sender Acct. No. in Section 1 will be billed.
☐ Recipient   ☐ Third Party
FedEx Acct. No. ___

## 8 Your Internal Billing Reference
First 24 characters will appear on invoice.
OPTIONAL

## 9 Required Signature
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature: ___
*This is not authorization to deliver this shipment without a recipient signature.*

For Completion Instructions, see back of fifth page.

FedEx Tracking Number: 8602 9257 8623
Form ID No. ___

Ship and track packages at fedex.com

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill • ©1994–2006 FedEx

**Questions? Go to our Web site at fedex.com.**
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.