UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANVIK CORPORATION,<br>　　　　　　　　　　Plaintiffs,<br><br>-V-<br><br>IPS ALPHA TECHNOLOGY LTD. ET AL,<br>　　　　　　　　　　Defendants. | **CERTIFICATE OF MAILING**<br><br><br>08 CV 4036 (SCR) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

5th day of May, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

29th day of April, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8602 9257 8645**

　　　　　　　　　　　　　　　　　　　　　　　　　　　J. Michael McMahon
　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK

Dated: New York, NY

**FedEx Express** — International Air Waybill   Send

**1 From** *Please print and press hard.*

Date: _____   Sender's FedEx Account Number: 2015-7126-0

Sender's Name: GARY WESTON   Phone: 212 554 1408

Company: Bernstein Litowitz Berger & Grossmann LLP

Address: 1285 Ave of the Americas

Address: _____

City: New York   State/Province: New York

Country: United States   ZIP/Postal Code: 10019

**2 To**

Recipient's Name: General Counsel   Phone: _____

Company: IPS Alpha Technology, Ltd

Address: 3732, Hayano

Dept./Floor: _____

Address: _____

City: Mobara-shi   State/Province: Chiba

Country: Japan   ZIP/Postal Code: 297-0037

Recipient's Tax ID Number for Customs Purposes

**3 Shipment Information**

Total Packages: 1   Total Weight: _____ lbs/kg   DIM: 1 x 1 x — in/cm

| Commodity Description DETAIL REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| Documents | | USA | $10.00 |

Has EEI/SED been filed in AES? — No EEI/SED required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.

Total Declared Value for Carriage: _____

Total Value for Customs (Specify Currency): _____

**4 Express Package Service**   *Packages up to 150 lbs./68 kg*

[X] FedEx Intl. Priority   [ ] FedEx Intl. First   [ ] FedEx Expanded Service Intl. Air Waybill

[ ] FedEx Intl. Economy

**5 Packaging**

[X] FedEx Envelope   [ ] FedEx Pak   [ ] FedEx Box   [ ] FedEx Tube

[ ] Other _____   [ ] FedEx 10kg Box*   [ ] FedEx 25kg Box*

**6 Special Handling**

[ ] HOLD at FedEx Location   [ ] SATURDAY Delivery

**7a Payment** *Bill transportation charges to:*

[X] Sender Acct. No. in Section 1 will be billed.   [ ] Recipient   [ ] Third Party   [ ] Credit Card   [ ] Cash/Check/Cheque

**7b Payment** *Bill duties and taxes to:*

[X] Sender Acct. No. in Section 1 will be billed.   [ ] Recipient   [ ] Third Party

**8 Your Internal Billing Reference**

OPTIONAL

**9 Required Signature**

Sender's Signature: _____

FedEx Tracking Number: 8602 9257 8645