

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ANVIK CORPORATION,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　-V-<br><br>IPS ALPHA TECHNOLOGY LTD. ET AL,<br>　　　　　　　　　　Defendants. | **CERTIFICATE OF MAILING**<br><br><br>08 CV 4036 (SCR) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**5th day of May, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**29th day of April, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8602 9257 8586**

_J. Michael McMahon_
CLERK

Dated: New York, NY

# FedEx International Air Waybill
For FedEx services worldwide

**Sender's Copy**

ase print and press hard.

MM/DD/YY   Sender's FedEx Account Number: 2015-7126-0

GARY WESTON   Phone: 212 554 1408

Bernstein Litowitz Berger & Grossmann LLP

1285 Ave of the Americas

New York   State/Province: New York

United States   ZIP/Postal Code: 10019

General Counsel   Phone:

Hitachi, Ltd

6-6, Marunouchi 1 chome   Dept/Floor

Chiyoda-ku   State/Province: Tokyo

Japan   ZIP/Postal Code: 100-8280

Tax ID Number for Customs Purposes
VAT/IN/EIN/ABN, or as locally required.

**4 Express Package Service** — Packages up to 150 lbs. / 68 kg
- [X] FedEx Intl. Priority
- [ ] FedEx Intl. First
- [ ] FedEx Intl. Economy

**5 Packaging**
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other
- [ ] FedEx 10kg Box*
- [ ] FedEx 25kg Box*

**6 Special Handling**
- [ ] HOLD at FedEx Location
- [ ] SATURDAY Delivery

**7a Payment** Bill transportation charges to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check/Cheque

FedEx Acct. No.
Credit Card No.
Credit Card Exp. Date

**7b Payment** Bill duties and taxes to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party

FedEx Acct. No.

**8 Your Internal Billing Reference**   OPTIONAL

**9 Required Signature**

Sender's Signature:

**Commodity Description** DETAIL REQUIRED: ments
Country of Manufacture: USA
Value for Customs: $10.00

FedEx Tracking Number: 8602 9257 8586

Form ID No.: 0402

521

PART 158410 Rev. Date 4/06
©1994-2006 FedEx
PRINTED IN U.S.A.