AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

ANVIK CORPORATION

V.

IPS Alpha Technology, Ltd. et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Panasonic Corporation of North America, One Panasonic Way,
Secaucus, NJ

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam Wierzbowski, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019-6028
212-554-1400

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK _____    DATE _____

(By) DEPUTY CLERK _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
ANVIK CORPORATION,
           Plaintiff(s),

    -against-

IPS ALPHA TECHNOLOGY, LTD., et al.,
           Defendant(s).
---------------------------------------------------X
STATE OF NEW YORK)
                   S.S.:
COUNTY OF NEW YORK)

Index No. 08 CIV. 4036

AFFIDAVIT OF SERVICE

        TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 8th day of May 2008, at approximately 2:00 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON, PROCEDURES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL AND GUIDELINES FOR ELECTRONIC CASE FILING** upon Panasonic Corporation of North America at One Panasonic Way, Secaucus, NJ 07094, by personally delivering and leaving the same with Stephen Weingarten, Assistant General Counsel, who informed deponent that he is an agent authorized by appointment to receive service at that address.

        Stephen Weingarten is a white male, approximately 57 years of age, stands approximately 5 feet 11 inches tall and weighs approximately 195 pounds with black hair and dark eyes.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
12th day of May 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___