AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ANVIK CORPORATION

**SUMMONS IN A CIVIL ACTION**

V.

IPS Alpha Technology, Ltd. et al.

CASE NUMBER:

TO: (Name and address of Defendant)

HITACHI Electronic Devices USA, Inc., 1000 Hurricane Shoals Road, Ste. D-100, Lawrenceville, GA 30043

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam Wierzbowski, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019-6028
212-554-1400

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ANVIK CORPORATION,

        Plaintiff,

        -against-

IPS ALPHA TECHNOLOGY, LTD., et al.,

        Defendants.
-----------------------------------------------------------X

Case No. 08 CV 4036
(Judge Robinson)

AFFIDAVIT OF SERVICE

STATE OF GEORGIA    )
        S.S.:
COUNTY OF FULTON    )

**Christopher Stanton**, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 8th day of May, 2008, at approximately the time of **2:50pm**, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; PROCEDURES FOR ELECTRONIC CASE FILING; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; GUIDELINES FOR ELECTRONIC CASE FILING; AND INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON upon HITACHI ELECTRONIC DEVICES USA, INC. at 1000 Hurricane Shoals Road, Suite D-100, Lawrenceville, GA, by personally delivering and leaving the same with **Thomas Schmitt** who informed deponent that **he** holds the position of **authorized agent** with that company and is authorized by appointment to receive service at that address.

**Mr. Schmitt** is a **white male**, approximately **40** years of age, stands approximately **6** feet **2** inches tall, weighs approximately **220** pounds with **Brown** hair.

_____
PROCESS SERVER

Sworn to before me this
___ day of May, 2008

_____
NOTARY PUBLIC

Notary Public, Cobb County, Georgia
My Commission Expires June 4, 2011

L.S., Inc.
1 Broadway
510
, NY 10013
-925-1220
w.dlsny.com