AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ANVIK CORPORATION

V.

IPS Alpha Technology, Ltd. et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Hitachi America, Ltd., 50 Prospect Avenue, Tarrytown, NY 10591

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam Wierzbowski, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019-6028
212-554-1400

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                    DATE

(By) DEPUTY CLERK

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANVIK CORPORATION,

        Plaintiff(s),

    -against-

IPS ALPHA TECHNOLOGY, LTD., ET AL.,

        Defendant(s).
------------------------------------------------------------------X

Index No. 08 CV 4036

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                     S.S.
COUNTY OF ROCKLAND  )

       DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 8TH day of May, 2008, at approximately the time of 2:20 PM, deponent served a true copy of the SUMMONS, COMPLAINT, IDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON, PROCEDURES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL AND GUIDELINES FOR ELECTRONIC CASE FILING upon HITACHI AMERICA, LTD. at 50 Prospect Avenue, Tarrytown, New York 10591, by personally delivering and leaving the same with TILLIE LIM, who informed deponent that she is an associate general counsel authorized by HITACHI AMERICA, LTD. to receive service at that address.

       TILLIE LIM is an Asian female, approximately 36 years of age, stands approximately 5 feet 0 inches tall, weighs approximately 115 pounds with black hair, brown eyes and glasses.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
12th day of May, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__08

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com