AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern     District of     New York

ANVIK CORPORATION

**SUMMONS IN A CIVIL ACTION**

V.

IPS Alpha Technology, Ltd. et al.

CASE NUMBER: 08 CIV. 4036

TO: (Name and address of Defendant)

Toshiba America, Inc., 1251 Avenue of the Americas, Suite 4110, New York, NY 10020

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam Wierzbowski, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019-6028
212-554-1400

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**        APR 2 9 2008

CLERK                        DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
ANVIK CORPORATION,
        Plaintiff(s),

    -against-

IPS ALPHA TECHNOLOGY, LTD., et al.,
        Defendant(s).
-------------------------------------------------X
STATE OF NEW YORK)
               S.S.:
COUNTY OF NEW YORK)

Index No. 08 CIV. 4036

AFFIDAVIT OF SERVICE

        ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 8th day of May 2008, at approximately 2:40 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON, PROCEDURES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL AND GUIDELINES FOR ELECTRONIC CASE FILING** upon Toshiba America, Inc. at 1251 Avenue of the Americas, Suite 4110, New York, NY 10020, by personally delivering and leaving the same with Thomas G. Gallatin, Jr., Senior Vice President, General Counsel, who informed deponent that he is an officer authorized by law to receive service at that address.

        Thomas G. Gallatin, Jr. is a white male, approximately 54 years of age, stands approximately 5 feet 10 inches tall and weighs approximately 220 pounds with white hair and blue eyes wearing glasses.

_____
ROBERT MILLS #1004298

Sworn to before me this
12th day of May 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__