AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

ANVIK CORPORATION

V.

IPS Alpha Technology, Ltd. et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Hitachi Displays, Ltd., AKS Bldg. 5F, Kanda Neribei-cho 3, Chiyoda-ku, Tokyo, 101-0022, Japan

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam Wierzbowski, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019-6028
212-554-1400

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                    DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANVIK CORPORATION,<br>　　　　　　　　Plaintiffs,<br><br>　　　　　　-V-<br><br>IPS ALPHA TECHNOLOGY LTD. ET AL,<br>　　　　　　　　Defendants. | **CERTIFICATE OF MAILING**<br><br><br>08 CV 4036 (SCR) |

*[Stamp: U.S. DISTRICT COURT FILED MAY 05 2008 S.D. OF N.Y.]*

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**5th day of May, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**29th day of April, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8602 9257 8564**

*[Signature: J. Michael McMahon]*
CLERK

Dated: New York, NY

**FedEx Express** — International Air Waybill

**1 From**

Date: 
Sender's FedEx Account Number: 2015-7126-0
Sender's Name: GARY NESTED
Company: Bernstein Litowitz Berger & Grossmann LLP
Address: 1285 6th Ave
City: New York
State/Province: New York
Country: United States
ZIP/Postal Code: 10019

**2 To**

Recipient's Name: General Counsel
Company: Hitachi Displays, Ltd.
Address: AKS Bldg. 5F, Kanda Neribei-cho 3
City: Chiyoda-ku
State/Province: Tokyo
Country: Japan
ZIP/Postal Code: 101-0022

**3 Shipment Information**

Commodity Description: Documents
Country of Manufacture: USA
Value for Customs: $10.00

**4 Express Package Service**

[X] FedEx Intl. Priority

**5 Packaging**

[X] FedEx Envelope

**6 Special Handling**

**7a Payment** Bill transportation charges to:
[X] Sender

**7b Payment** Bill duties and taxes to:
[X] Sender

**9 Required Signature**

FedEx Tracking Number: 8602 9257 8564



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

May 14, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **860292578564**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | CHIYODA-KU TOKYO |
| **Signed for by:** | .KIZAKI | **Delivery date:** | May 8, 2008 13:12 |
| **Service type:** | Priority Envelope | | |

Signature images are not available for display for shipments to this country.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 860292578564 | **Ship date:** | May 5, 2008 |
| | | **Weight:** | 0.8 lbs. |

**Recipient:**
CHIYODA-KU TOKYO JP

**Shipper:**
NEW YORK, NY US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339