%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

　　　　Southern　　　　District of　　　　New York

ANVIK CORPORATION

**SUMMONS IN A CIVIL ACTION**

V.

IPS Alpha Technology, Ltd. et al.

CASE NUMBER:

TO: (Name and address of Defendant)

　　Matsushita Electric Industrial Co., Ltd., 1006, Kadoma, Kadoma City,
　　Osaka 571-8501, Japan

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

　　Adam Wierzbowski, Esq.
　　Bernstein Litowitz Berger & Grossmann LLP
　　1285 Avenue of the Americas, 38th Floor
　　New York, NY 10019-6028
　　212-554-1400

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANVIK CORPORATION,<br>　　　　　　　　Plaintiffs,<br><br>-V-<br><br>IPS ALPHA TECHNOLOGY LTD. ET AL,<br>　　　　　　　　Defendants. | **CERTIFICATE OF MAILING**<br><br>08 CV 4036 (SCR) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

5th day of May, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

29th day of April, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8602 9257 8597**

_____
CLERK

Dated: New York, NY

## International Air Waybill
*For FedEx services worldwide.*

print and press hard.

Sender's FedEx Account Number: 2015-7126-0

GARY WESER

Bernstein Litowitz Berger & Grossmann LLP

1285 6th Ave

New York    State/Province: New York

United States    ZIP Postal Code: 10019

General Counsel

Matsushita Electric Industrial Co., Ltd.

1006, Kadoma

Kadoma City    State/Province: Osaka

Japan    ZIP Postal Code: 571-8501

Tax ID Number for Customs Purposes

**4** Express Package Service
- [x] FedEx Intl. Priority
- [ ] FedEx Intl. First
- [ ] FedEx Intl. Economy

**5** Packaging
- [x] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other
- [ ] FedEx 10kg Box
- [ ] FedEx 25kg Box

**6** Special Handling
- [ ] HOLD at FedEx Location
- [ ] SATURDAY Delivery

**7a** Payment Bill transportation charges to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check/Cheque

**7b** Payment Bill duties and taxes to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party

**8** Your Internal Billing Reference

**9** Required Signature

Commodity Description: arts

Country of Manufacture: USA    Value: $10.00

FedEx Tracking Number: 8602 9257 8597    Form ID No.: 0402



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

May 14, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **860292578597**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | KADOMA CITY OSAKA |
| Signed for by: | R.HARAGUCHI | Delivery date: | May 8, 2008 14:45 |
| Service type: | Priority Envelope | | |

Signature images are not available for display for shipments to this country.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 860292578597 | Ship date: | May 5, 2008 |
| | | Weight: | 0.8 lbs. |

**Recipient:**  
KADOMA CITY OSAKA JP

**Shipper:**  
NEW YORK, NY US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339