AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ANVIK CORPORATION

V.

IPS Alpha Technology, Ltd. et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Hitachi, Ltd., 6-6, Marunouchi 1-chome, Chiyoda-ku, Tokyo, 100-8280
Japan

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam Wierzbowski, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019-6028
212-554-1400

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                            DATE

(By) DEPUTY CLERK



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANVIK CORPORATION,<br>　　　　　　　　　Plaintiffs,<br><br>-V-<br><br>IPS ALPHA TECHNOLOGY LTD. ET AL,<br>　　　　　　　　　Defendants. | **CERTIFICATE OF MAILING**<br><br>08 CV 4036 (SCR) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

5th day of May, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

29th day of April, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

<u>8602 9257 8586</u>

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*J. Michael McMahon*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK

Dated: New York, NY

## International Air Waybill
For FedEx services worldwide

Sender's Copy

*se print and press hard.*

Sender's FedEx Account Number: 2015-7126-0

GARY WESTON
Phone: 212 554 1408
Bernstein Litowitz Berger & Grossmann LLP
1285 Ave of the Americas

New York
State/Province: New York
United States
ZIP/Postal Code: 10019

General Counsel
Phone:
Hitachi, Ltd
6-6, Marunouchi 1 chome

Chiyoda-ku
State/Province: Tokyo
Japan
ZIP/Postal Code: 100-8280

Tax ID Number for Customs Purposes

**4 Express Package Service** — Packages up to 150 lbs./68 kg
[X] FedEx Intl. Priority
[ ] FedEx Intl. First
[ ] FedEx Intl. Economy

**5 Packaging**
[X] FedEx Envelope
[ ] FedEx Pak
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other
[ ] FedEx 10kg Box*
[ ] FedEx 25kg Box*

**6 Special Handling**
[ ] HOLD at FedEx Location
[ ] SATURDAY Delivery

**7a Payment** Bill transportation charges to:
[X] Sender Acct. No. in Section 1 will be billed.
[ ] Recipient [ ] Third Party [ ] Credit Card [ ] Cash/Check/Cheque

**7b Payment** Bill duties and taxes to:
[X] Sender Acct. No.
[ ] Recipient [ ] Third Party

**8 Your Internal Billing Reference**

**9 Required Signature**

Commodity Description: meats
Country of Manufacture: USA
Value for Customs: $10.00

FedEx Tracking Number: 8602 9257 8586
Form ID No. 0402

521J



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

May 14, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **860292578586**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | CHIYODA-KU TOKYO |
| **Signed for by:** | .YASUDA | **Delivery date:** | May 8, 2008 15:52 |
| **Service type:** | Priority Envelope | | |

Signature images are not available for display for shipments to this country.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 860292578586 | **Ship date:** | May 5, 2008 |
| | | **Weight:** | 0.7 lbs. |

**Recipient:**
CHIYODA-KU TOKYO JP

**Shipper:**
NEW YORK, NY US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339