AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern     District of     New York

ANVIK CORPORATION

**SUMMONS IN A CIVIL ACTION**

V.

IPS Alpha Technology, Ltd. et al.

CASE NUMBER:

**08 CIV. 4036**

TO: (Name and address of Defendant)

IPS Alpha Technology, Ltd., 3732, Hayano, Mobara-shi, Chiba 297-0037, Japan

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam Wierzbowski, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019-6028
212-554-1400

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(By) DEPUTY CLERK

APR 2 9 2008
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANVIK CORPORATION,<br>　　　　　　　　Plaintiffs,<br><br>-V-<br><br>IPS ALPHA TECHNOLOGY LTD. ET AL,<br>　　　　　　　　Defendants. | CERTIFICATE OF MAILING<br><br><br>08 CV 4036 (SCR) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

5th day of May, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

29th day of April, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8602 9257 8645**

　　　　　　　　　　　　　　　　　　　　　　　　　_J. Michael McMahon_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK

Dated: New York, NY

**FedEx Express** — International Air Waybill

**1 From**

Date: [blank]
Sender's FedEx Account Number: 2015-7126-0
Sender's Name: GARY WESTON
Phone: 212 554 1408
Company: Bernstein Litowitz Berger & Grossmann LLP
Address: 1285 Ave of the Americas
City: New York
State/Province: New York
Country: United States
ZIP/Postal Code: 10019

**2 To**

Recipient's Name: General Counsel
Company: IPS Alpha Technology, Ltd
Address: 3732, Hayano
City: Mobara-shi
State/Province: Chiba
Country: Japan
ZIP/Postal Code: 297-0037

**3 Shipment Information**

Total Packages: 1
Commodity Description: Documents
Country of Manufacture: USA
Value for Customs: $10.00

**4 Express Package Service**

☒ FedEx Intl. Priority

**5 Packaging**

☒ FedEx Envelope

**7a Payment** Bill transportation charges to:
☒ Sender

**7b Payment** Bill duties and taxes to:
☒ Sender

FedEx Tracking Number: 8602 9257 8645



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

May 14, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **860292578645**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | MOBARA-SHI CHIBA |
| **Signed for by:** | K.ANOU | **Delivery date:** | May 9, 2008 11:48 |
| **Service type:** | Priority Envelope | | |

Signature images are not available for display for shipments to this country.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 860292578645 | **Ship date:** | May 5, 2008 |
| | | **Weight:** | 0.8 lbs. |

**Recipient:**  
MOBARA-SHI CHIBA JP

**Shipper:**  
NEW YORK, NY US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339