AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

ANVIK CORPORATION

V.

IPS Alpha Technology, Ltd. et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CIV. 4036

TO: (Name and address of Defendant)

Toshiba Corporation, 1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-01, Japan

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam Wierzbowski, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019-6028
212-554-1400

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**  APR 2 9 2008

CLERK  DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANVIK CORPORATION,<br>      Plaintiffs,<br><br>-v-<br><br>IPS ALPHA TECHNOLOGY LTD. ET AL,<br>      Defendants. | CERTIFICATE OF MAILING<br><br>08 CV 4036 (SCR) |

FILED MAY 05 2008 S.D. OF N.Y.

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

5th day of May, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

29th day of April, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8602 9257 8623**

_J. Michael McMahon_
CLERK

Dated: New York, NY

**FedEx Express** — International Air Waybill
For FedEx services worldwide.

**1 From** *Please print and press hard*

Date: [ ]
Sender's FedEx Account Number: 2015-7126-0
Sender's Name: GARY WESTON
Phone: 212-554-1408
Company: Bernstein Litowitz Berger & Grossmann LLP
Address: 1285 6th Ave
City: New York
State/Province: New York
Country: United States
ZIP/Postal Code: 10019

**2 To**

Recipient's Name: General Counsel
Company: Toshiba Corporation
Address: 1-1, Shibaura 1-chome
City: Minato-ku
State/Province: Tokyo
Country: Japan
ZIP/Postal Code: 105-01

**3 Shipment Information**

Total Packages: 1
Commodity Description: Documents
Country of Manufacture: USA
Value for Customs: $10.00

**4 Express Package Service**

☒ FedEx Intl. Priority

**5 Packaging**

☒ FedEx Envelope

**7a Payment** Bill transportation charges to:
☒ Sender

**7b Payment** Bill duties and taxes to:
☒ Sender

FedEx Tracking Number: 8602 9257 8623

| | | |
|---|---|---|
| FedEx Express<br>Customer Support<br>Domestic Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643 | Telephone 901-369-3600 |



May 19, 2008

GARY WESTON
(212) 554-1444

Dear GARY WESTON:

Our records reflect the following delivery information for the shipment with the tracking number 860292578623.

Delivery Information:

  Signed For By:   .SASAKI

  サ サ キ

  Delivered to:   1.1.1.SHIBAURA

  Delivery Date:   May 15, 2008

  Delivery Time:   02:30 PM

    Shipping Information:

| | | | |
|---|---|---|---|
| Tracking No: | 860292578623 | Ship Date: | May 05, 2008 |
| Shipper: | GARY WESRON<br>BERNSTEIN LITOWITZ<br>BERGER<br>GRSSMAMLLP<br>1285 AVE OF THE AMERICAS<br>NEW YORK, NY 10019<br>US | Recipient: | GEMERA; CPVMSE;<br>TOSH BA CORPORATION<br>1-1 SHIBAURA 1-CHOME<br>MINATO KU TOKYO, 10501<br>JP |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20080519900501753442

This Information is provided subject to the FedEx Service Guide.