UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

| | | |
|---|---|---|
| Anvik Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 08 CV 4036 (SCR)(LMS) |
| | ) | |
| IPS Alpha Technology, Ltd., | ) | ECF Case |
| Toshiba Corporation, | ) | |
| Toshiba America, Inc., | ) | |
| Toshiba America Consumer Products, L.L.C., | ) | |
| Matsushita Electric Industrial Co., Ltd., | ) | |
| Panasonic Corporation of North America, | ) | |
| Hitachi, Ltd., | ) | |
| Hitachi Displays, Ltd., | ) | |
| Hitachi America, Ltd., and | ) | |
| HITACHI Electronic Devices USA, Inc., | ) | |
| | ) | |
| Defendants | ) | |

-----------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance in this action as counsel for Defendants, IPS Alpha Technology, Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., and HITACHI Electronic Devices USA, Inc. and requests that all parties serve on us copies of all papers filed in or affecting this action. I certify that I am admitted to practice in this Court.

                                        Respectfully submitted,

Dated: May 29, 2008                By:_____s/Scott A. Clark_____

                                        Eric J. Lobenfeld
                                        Scott A. Clark
                                        Hogan & Hartson LLP
                                        875 Third Avenue
                                        New York, NY 10022
                                        Tel:  (212) 918-3000
                                        Fax: (212) 918-3100
                                        ejlobenfeld@hhlaw.com
                                        saclark@hhlaw.com

                                        Philippe Y. Riesen
                                        Takashi Hashimoto
                                        HOGAN & HARTSON L.L.P.
                                        Shinjuku Center Building, 46th Floor
                                        25-1 Nishi-Shinjuku 1-chome
                                        Shinjuku, Tokyo 163-0646
                                        Japan
                                        (81) 3-5908-4070
                                        pyriesen@hhlaw.com
                                        thashimoto@hhlaw.com

                                        *Attorneys for Defendants*
                                        *IPS Alpha Technology, Ltd.*
                                        *Hitachi, Ltd.*
                                        *Hitachi Displays, Ltd.*
                                        *Hitachi America, Ltd.*
                                        *HITACHI Electronic Devices USA, Inc.*

To:        Joshua L. Raskin
Martin G. Raskin
WolfBlock LLP
250 Park Avenue
New York, NY 10177
Phone: (212) 986-1116
Fax (212) 986-0604
jraskin@wolfblock.com

Chad Johnson
Jai Chandrasekhar
Adam Wierzbowski
Bernstein Litowitz Berger
    & Grossman LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Phone: (212) 554-1400
Fax: (212) 554-1444
chad@blbglaw.com
jai@blbglaw.com
adam@blbglaw.com

*Attorneys for Plaintiff Anvik Corporation*

\\\NY - 075666/000630 - 1085343 v1

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 29th day of May, 2008, I caused a true and correct copy of the foregoing to be served upon the following via the Court's ECF Notification System and by E-mail:

        Joshua L. Raskin
        Martin G. Raskin
        WolfBlock  LLP
        250 Park Avenue
        New York, NY 10177
        Phone: (212) 986-1116
        Fax (212) 986-0604
        jraskin@wolfblock.com

        Chad Johnson
        Jai Chandrasekhar
        Adam Wierzbowski
        Bernstein Litowitz Berger
            & Grossman LLP
        1285 Avenue of the Americas, 38th Floor
        New York, NY 10019
        Phone: (212) 554-1400
        Fax: (212) 554-1444
        chad@blbglaw.com
        jai@blbglaw.com
        adam@blbglaw.com

        *Attorneys for Plaintiff Anvik Corporation*

                                                    s/Scott A. Clark
                                                          Scott A. Clark