UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
Anvik Corporation,                                          )
                                                            )
                 Plaintiff,                       )
                                                            )      Civil Action No.
                v.                                  )      08 CV 4036 (SCR)(LMS)
                                                            )
IPS Alpha Technology, Ltd.,                                 )      ECF Case
Toshiba Corporation,                                        )
Toshiba America, Inc.,                                      )
Toshiba America Consumer Products, L.L.C.,                  )
Matsushita Electric Industrial Co., Ltd.,                   )
Panasonic Corporation of North America,                     )
Hitachi, Ltd.,                                              )
Hitachi Displays, Ltd.,                                     )
Hitachi America, Ltd., and                                  )
HITACHI Electronic Devices USA, Inc.,                       )
                                                            )
                 Defendants                       )
-----------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance in this action as counsel for Defendants, IPS Alpha Technology, Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., and HITACHI Electronic Devices USA, Inc. and requests that all parties serve on us copies of all papers filed in or affecting this action. I certify that I am admitted to practice in this Court.

\\\NY - 075666/000630 - 1085344 v1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 29, 2008 | By:_____s/Eric J. Lobenfeld_____ |

                          Eric J. Lobenfeld
                          Scott A. Clark
                          Hogan & Hartson LLP
                          875 Third Avenue
                          New York, NY 10022
                          Tel: (212) 918-3000
                          Fax: (212) 918-3100
                          ejlobenfeld@hhlaw.com
                          saclark@hhlaw.com

                          Philippe Y. Riesen
                          Takashi Hashimoto
                          HOGAN & HARTSON L.L.P.
                          Shinjuku Center Building, 46th Floor
                          25-1 Nishi-Shinjuku 1-chome
                          Shinjuku, Tokyo 163-0646
                          Japan
                          (81) 3-5908-4070
                          pyriesen@hhlaw.com
                          thashimoto@hhlaw.com

*Attorneys for Defendants*
*IPS Alpha Technology, Ltd.*
*Hitachi, Ltd.*
*Hitachi Displays, Ltd.*
*Hitachi America, Ltd.*
*HITACHI Electronic Devices USA, Inc.*

To:        Joshua L. Raskin
           Martin G. Raskin
           WolfBlock  LLP
           250 Park Avenue
           New York, NY 10177
           Phone: (212) 986-1116
           Fax (212) 986-0604
           jraskin@wolfblock.com

           Chad Johnson
           Jai Chandrasekhar
           Adam Wierzbowski
           Bernstein Litowitz Berger
                   & Grossman LLP
           1285 Avenue of the Americas, 38th Floor
           New York, NY 10019
           Phone: (212) 554-1400
           Fax: (212) 554-1444
           chad@blbglaw.com
           jai@blbglaw.com
           adam@blbglaw.com

*Attorneys for Plaintiff Anvik Corporation*

# **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 29th day of May, 2008, I caused a true and correct copy of the foregoing to be served upon the following via the Court's ECF Notification System and by E-mail:

>Joshua L. Raskin
>Martin G. Raskin
>WolfBlock  LLP
>250 Park Avenue
>New York, NY 10177
>Phone: (212) 986-1116
>Fax (212) 986-0604
>jraskin@wolfblock.com
>
>Chad Johnson
>Jai Chandrasekhar
>Adam Wierzbowski
>Bernstein Litowitz Berger
>       & Grossman LLP
>1285 Avenue of the Americas, 38th Floor
>New York, NY 10019
>Phone: (212) 554-1400
>Fax: (212) 554-1444
>chad@blbglaw.com
>jai@blbglaw.com
>adam@blbglaw.com
>
>*Attorneys for Plaintiff Anvik Corporation*

              s/Scott A. Clark
                 Scott A. Clark