*Robinson, J*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
– – – – – – – – – – – – – – – – – – x
                                    :
Anvik Corporation,                  :
                                    :
                  Plaintiff,        :    Civil Action No. 08 CIV. 4036 (SCR)
                                    :
            v.                      :
                                    :
IPS Alpha Technology, Ltd.,         :
Toshiba Corporation, Toshiba America, Inc., :
Toshiba America Consumer Products, L.L.C., :
Matsushita Electric Industrial Co., Ltd., :
Panasonic Corporation of North America, :
Hitachi, Ltd.,                      :
Hitachi Displays, Ltd.,             :
Hitachi America, Ltd., and          :
HITACHI Electronic Devices USA, Inc., :
                                    :
                  Defendants.       :
                                    :
– – – – – – – – – – – – – – – – – – x
```

## STIPULATION AND ORDER TO EXTEND TIME FOR THE TOSHIBA DEFENDANTS TO ANSWER

Plaintiff Anvik Corporation and Defendants Toshiba Corporation ("Toshiba"),

Toshiba America, Inc. ("TAI"), and Toshiba America Consumer Products, L.L.C.

("TACP"), by their undersigned counsel, subject to the approval of the Court, hereby

stipulate and agree that the time for TAI and TACP to move, plead, or otherwise respond

to the Complaint should be, and is, hereby extended until June 27, 2008, and that the

time for Toshiba to move, plead, or otherwise respond to the Complaint should be, and

is, hereby extended until July 18, 2008. TAI's and TACP's original deadline is May 28,

2008, and Toshiba's original deadline is June 4, 2008. Toshiba, TAI, and TACP have

not previously requested any adjournments or extensions of time.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

May 28, 2008

_Chad Johnson /JKc_

Chad Johnson
Jai K. Chandrasekhar
Adam H. Wierzbowski
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

Martin G. Raskin
Joshua L. Raskin
WOLFBLOCK LLP
250 Park Avenue
New York, New York 10177
Phone: (212) 986-1116
Fax: (212) 986-0604

*Attorneys for Anvik Corporation*

Carl E. Schlier
OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.
1940 Duke St
Alexandria, VA 22314
Phone: (703) 413-3000
Fax: (703) 413-2220

*Attorneys for Toshiba Corporation, Toshiba America, Inc., and Toshiba
America Consumer Products, L.L.C.*

Approved and entered this _4th_ day of _June_ 2008.

Stephen C. Robinson, United States District Judge

-2-