UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------x
Anvik Corporation,                          :
                                            :
                        Plaintiff,          :   Civil Action No. 08 CIV. 4036 (SCR)
                                            :
        v.                                  :
                                            :
IPS Alpha Technology, Ltd.,                 :
Toshiba Corporation, Toshiba America, Inc., :
Toshiba America Consumer Products, L.L.C.,  :
Matsushita Electric Industrial Co., Ltd.,   :
Panasonic Corporation of North America,     :
Hitachi, Ltd.,                              :
Hitachi Displays, Ltd.,                     :
Hitachi America, Ltd., and                  :
HITACHI Electronic Devices USA, Inc.,       :
                                            :
                        Defendants.         :
------------------x

**STIPULATION AND ORDER TO EXTEND TIME FOR MATSUSHITA AND
PANASONIC TO ANSWER**

Plaintiff Anvik Corporation and Defendants Matsushita Electric Industrial Co., Ltd. ("Matsushita") and Panasonic Corporation of North America ("Panasonic"), by their undersigned counsel, subject to the approval of the Court, hereby stipulate and agree that the time for Matsushita and Panasonic to move, plead, or otherwise respond to the Complaint should be, and is, hereby extended until June 27, 2008. Matsushita's and Panasonic's original deadline is May 28, 2008. Matsushita and Panasonic have not previously requested any adjournments or extensions of time.

399971.1



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

_____
Chad Johnson /JKC
Jai Chandrasekhar
Adam Wierzbowski
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: 212.554.1400
Fax: 212.554.1444

Joshua L. Raskin
Martin G. Raskin
WOLFBLOCK LLP
250 Park Avenue
New York, NY 10177
Tel: 212.986.1116
Fax: 212.986.0604

*Attorneys for Plaintiff*
*Anvik Corporation*

_____
Abraham Kasdan
Richard S. Mandaro
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Tel: 212.336.8000
Fax: 212.336.8001
*Attorneys for Defendants*
*Matsushita Electric Industrial Co., Ltd.*
*and*
*Panasonic Corporation of North America*

Approved and entered this 4th day of June, 2008.

_____
Stephen C. Robinson, United States District Judge