UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------ x
Anvik Corporation,

                 Plaintiff,         Civil Action No. 08 CIV. 4036 (SCR)

       v.

IPS Alpha Technology, Ltd.,
Toshiba Corporation, Toshiba America, Inc.,
Toshiba America Consumer Products, L.L.C.,
Matsushita Electric Industrial Co., Ltd.,
Panasonic Corporation of North America,
Hitachi, Ltd.,
Hitachi Displays, Ltd.,
Hitachi America, Ltd., and
HITACHI Electronic Devices USA, Inc.,

                 Defendants.
------------------ x

## STIPULATION AND ORDER TO EXTEND TIME FOR THE TOSHIBA DEFENDANTS TO ANSWER

Plaintiff Anvik Corporation and Defendants Toshiba Corporation ("Toshiba"), Toshiba America, Inc. ("TAI"), and Toshiba America Consumer Products, L.L.C. ("TACP"), by their undersigned counsel, subject to the approval of the Court, hereby stipulate and agree that the time for TAI and TACP to move, plead, or otherwise respond to the Complaint should be, and is, hereby extended until June 27, 2008, and that the time for Toshiba to move, plead, or otherwise respond to the Complaint should be, and is, hereby extended until July 18, 2008. TAI's and TACP's original deadline is May 28, 2008, and Toshiba's original deadline is June 4, 2008. Toshiba, TAI, and TACP have not previously requested any adjournments or extensions of time.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

May 28, 2008

_____
Chad Johnson
Jai K. Chandrasekhar
Adam H. Wierzbowski
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

Martin G. Raskin
Joshua L. Raskin
WOLFBLOCK LLP
250 Park Avenue
New York, New York 10177
Phone: (212) 986-1116
Fax: (212) 986-0604

*Attorneys for Anvik Corporation*

_____
Carl E. Schlier
OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.
1940 Duke St
Alexandria, VA 22314
Phone: (703) 413-3000
Fax: (703) 413-2220

*Attorneys for Toshiba Corporation, Toshiba America, Inc., and Toshiba America Consumer Products, L.L.C.*

✓ Approved and entered this _4th_ day of _June_, 2008.

_____
Stephen C. Robinson, United States District Judge