UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Anvik Corporation,                                          )
                                                            )
                    Plaintiff,                   )
                                                            )   Civil Action No.
                    v.                            )   08 CV 4036 (SCR)(LMS)
                                                            )
IPS Alpha Technology, Ltd.,                                 )   ECF Case
Toshiba Corporation,                                        )
Toshiba America, Inc.,                                      )
Toshiba America Consumer Products, L.L.C.,                  )
Matsushita Electric Industrial Co., Ltd.,                   )
Panasonic Corporation of North America,                     )
Hitachi, Ltd.,                                              )
Hitachi Displays, Ltd.,                                     )
Hitachi America, Ltd., and                                  )
HITACHI Electronic Devices USA, Inc.,                       )
                                                            )
                  Defendants                   )
------------------------------------------------------------------X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned hereby enters their appearance in this action as counsel for Defendants, IPS Alpha Technology, Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., and HITACHI Electronic Devices USA, Inc. and requests that all parties serve on us copies of all papers filed in or affecting this action.  I certify that I am admitted to practice in this Court.

\\\NY - 032599/000001 - 1085778 v1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 3, 2008 | By:_____s/Philippe Y. Riesen_____ |

        Eric J. Lobenfeld
        Scott A. Clark
        Hogan & Hartson LLP
        875 Third Avenue
        New York, NY 10022
        Tel: (212) 918-3000
        Fax: (212) 918-3100
        ejlobenfeld@hhlaw.com
        saclark@hhlaw.com

        Philippe Y. Riesen
        Takashi Hashimoto
        HOGAN & HARTSON L.L.P.
        Shinjuku Center Building, 46th Floor
        25-1 Nishi-Shinjuku 1-chome
        Shinjuku, Tokyo 163-0646
        Japan
        (81) 3-5908-4070
        pyriesen@hhlaw.com
        thashimoto@hhlaw.com

        *Attorneys for Defendants*
        *IPS Alpha Technology, Ltd.*
        *Hitachi, Ltd.*
        *Hitachi Displays, Ltd.*
        *Hitachi America, Ltd.*
        *HITACHI Electronic Devices USA, Inc.*

To:        Joshua L. Raskin
Martin G. Raskin
WolfBlock LLP
250 Park Avenue
New York, NY 10177
Phone: (212) 986-1116
Fax (212) 986-0604
jraskin@wolfblock.com

Chad Johnson
Jai Chandrasekhar
Adam Wierzbowski
Bernstein Litowitz Berger
    & Grossman LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Phone: (212) 554-1400
Fax: (212) 554-1444
chad@blbglaw.com
jai@blbglaw.com
adam@blbglaw.com

*Attorneys for Plaintiff Anvik Corporation*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 29th day of May, 2008, I caused a true and correct copy of the foregoing to be served upon the following via the Court's ECF Notification System and by E-mail:

>Joshua L. Raskin
>Martin G. Raskin
>WolfBlock  LLP
>250 Park Avenue
>New York, NY 10177
>Phone: (212) 986-1116
>Fax (212) 986-0604
>jraskin@wolfblock.com
>
>Chad Johnson
>Jai Chandrasekhar
>Adam Wierzbowski
>Bernstein Litowitz Berger
>        & Grossman LLP
>1285 Avenue of the Americas, 38th Floor
>New York, NY 10019
>Phone: (212) 554-1400
>Fax: (212) 554-1444
>chad@blbglaw.com
>jai@blbglaw.com
>adam@blbglaw.com
>
>*Attorneys for Plaintiff Anvik Corporation*

                                                                                s/Scott A. Clark
                                                                                  Scott A. Clark