UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
Anvik Corporation,                                                    )
                                                                      )
                            Plaintiff,                                  )
                                                                      )  Civil Action No.
                          v.                                           )  08 CV 4036 (SCR)(LMS)
                                                                      )
IPS Alpha Technology, Ltd.,                                           )  ECF Case
Toshiba Corporation,                                                  )
Toshiba America, Inc.,                                                )
Toshiba America Consumer Products, L.L.C.,                            )
Matsushita Electric Industrial Co., Ltd.,                             )
Panasonic Corporation of North America,                               )
Hitachi, Ltd.,                                                        )
Hitachi Displays, Ltd.,                                               )
Hitachi America, Ltd., and                                            )
HITACHI Electronic Devices USA, Inc.,                                 )
                                                                      )
                          Defendants                                  )
-----------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance in this action as counsel for Defendants, Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America and requests that all parties serve on us copies of all papers filed in or affecting this action.  This Appearance is entered without waiver of any rights or defenses whatsoever, including but not limited to, objections to jurisdiction and service.

                                        Respectfully submitted,

Dated: June 11, 2008              By:_____s/Eric J. Lobenfeld_____
                                                    Eric J. Lobenfeld
                                                    Hogan & Hartson LLP
                                                    875 Third Avenue
                                                    New York, NY 10022
                                                    Tel: (212) 918-3000
                                                    Fax: (212) 918-3100
                                                    ejlobenfeld@hhlaw.com

                                                    Philippe Y. Riesen
                                                    Takashi Hashimoto
                                                    HOGAN & HARTSON L.L.P.
                                                    Shinjuku Center Building, 46th Floor
                                                    25-1 Nishi-Shinjuku 1-chome
                                                    Shinjuku, Tokyo 163-0646
                                                    Japan
                                                    (81) 3-5908-4070
                                                    pyriesen@hhlaw.com
                                                    thashimoto@hhlaw.com

                                                    *Attorneys for Defendants*
                                                    *IPS Alpha Technology, Ltd.*
                                                    *Matsushita Electric Industrial Co., Ltd.*
                                                    *Panasonic Corporation of North America*
                                                    *Hitachi, Ltd.*
                                                    *Hitachi Displays, Ltd.*
                                                    *Hitachi America, Ltd.*
                                                    *HITACHI Electronic Devices USA, Inc.*

To:		Joshua L. Raskin
		Martin G. Raskin
		WolfBlock LLP
		250 Park Avenue
		New York, NY 10177
		Phone: (212) 986-1116
		Fax (212) 986-0604
		jraskin@wolfblock.com

		Chad Johnson
		Jai Chandrasekhar
		Adam Wierzbowski
		Bernstein Litowitz Berger
			& Grossman LLP
		1285 Avenue of the Americas, 38th Floor
		New York, NY 10019
		Phone: (212) 554-1400
		Fax: (212) 554-1444
		chad@blbglaw.com
		jai@blbglaw.com
		adam@blbglaw.com

*Attorneys for Plaintiff Anvik Corporation*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 11th day of June, 2008, I caused a true and correct copy of the foregoing to be served upon the following via the Court's ECF Notification System and by E-mail:

>Joshua L. Raskin
>Martin G. Raskin
>WolfBlock  LLP
>250 Park Avenue
>New York, NY 10177
>Phone: (212) 986-1116
>Fax (212) 986-0604
>jraskin@wolfblock.com
>
>Chad Johnson
>Jai Chandrasekhar
>Adam Wierzbowski
>Bernstein Litowitz Berger
>        & Grossman LLP
>1285 Avenue of the Americas, 38th Floor
>New York, NY 10019
>Phone: (212) 554-1400
>Fax: (212) 554-1444
>chad@blbglaw.com
>jai@blbglaw.com
>adam@blbglaw.com
>
>*Attorneys for Plaintiff Anvik Corporation*

>        s/Scott A. Clark
>            Scott A. Clark