UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
| | |
|---|---|
| Anvik Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 08 CV 4036 (SCR)(LMS) |
| ) | |
| IPS Alpha Technology, Ltd., ) | ECF Case |
| Toshiba Corporation, ) | |
| Toshiba America, Inc., ) | |
| Toshiba America Consumer Products, L.L.C., ) | |
| Matsushita Electric Industrial Co., Ltd., ) | |
| Panasonic Corporation of North America, ) | |
| Hitachi, Ltd., ) | |
| Hitachi Displays, Ltd., ) | |
| Hitachi America, Ltd., and ) | |
| HITACHI Electronic Devices USA, Inc., ) | |
| ) | |
| Defendants ) | |

-----------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance in this action as counsel for Defendants, Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America and requests that all parties serve on us copies of all papers filed in or affecting this action. This Appearance is entered without waiver of any rights or defenses whatsoever, including but not limited to, objections to jurisdiction and service.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 11, 2008 | By:_____s/Scott A. Clark_____ |

         Scott A. Clark
         Hogan & Hartson LLP
         875 Third Avenue
         New York, NY 10022
         Tel: (212) 918-3000
         Fax: (212) 918-3100
         saclark@hhlaw.com

         Philippe Y. Riesen
         Takashi Hashimoto
         HOGAN & HARTSON L.L.P.
         Shinjuku Center Building, 46th Floor
         25-1 Nishi-Shinjuku 1-chome
         Shinjuku, Tokyo 163-0646
         Japan
         (81) 3-5908-4070
         pyriesen@hhlaw.com
         thashimoto@hhlaw.com

         *Attorneys for Defendants*
         *IPS Alpha Technology, Ltd.*
         *Matsushita Electric Industrial Co., Ltd.*
         *Panasonic Corporation of North America*
         *Hitachi, Ltd.*
         *Hitachi Displays, Ltd.*
         *Hitachi America, Ltd.*
         *HITACHI Electronic Devices USA, Inc.*

To:     Joshua L. Raskin
        Martin G. Raskin
        WolfBlock LLP
        250 Park Avenue
        New York, NY 10177
        Phone: (212) 986-1116
        Fax (212) 986-0604
        jraskin@wolfblock.com

        Chad Johnson
        Jai Chandrasekhar
        Adam Wierzbowski
        Bernstein Litowitz Berger
              & Grossman LLP
        1285 Avenue of the Americas, 38th Floor
        New York, NY 10019
        Phone: (212) 554-1400
        Fax: (212) 554-1444
        chad@blbglaw.com
        jai@blbglaw.com
        adam@blbglaw.com

*Attorneys for Plaintiff Anvik Corporation*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 11th day of June, 2008, I caused a true and correct copy of the foregoing to be served upon the following via the Court's ECF Notification System and by E-mail:

        Joshua L. Raskin
        Martin G. Raskin
        WolfBlock LLP
        250 Park Avenue
        New York, NY 10177
        Phone: (212) 986-1116
        Fax (212) 986-0604
        jraskin@wolfblock.com

        Chad Johnson
        Jai Chandrasekhar
        Adam Wierzbowski
        Bernstein Litowitz Berger
            & Grossman LLP
        1285 Avenue of the Americas, 38th Floor
        New York, NY 10019
        Phone: (212) 554-1400
        Fax: (212) 554-1444
        chad@blbglaw.com
        jai@blbglaw.com
        adam@blbglaw.com

        *Attorneys for Plaintiff Anvik Corporation*

                                            s/Scott A. Clark
                                              Scott A. Clark