UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

| | |
|---|---|
| Anvik Corporation, | |
| Plaintiff, | |
| v. | Civil Action No.<br>08 CV 4036 (SCR)(LMS) |
| IPS Alpha Technology, Ltd.,<br>Toshiba Corporation,<br>Toshiba America, Inc.,<br>Toshiba America Consumer Products, L.L.C.,<br>Matsushita Electric Industrial Co., Ltd.,<br>Panasonic Corporation of North America,<br>Hitachi, Ltd.,<br>Hitachi Displays, Ltd.,<br>Hitachi America, Ltd., and<br>HITACHI Electronic Devices USA, Inc., | ECF Case |
| Defendants | |

-----------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance in this action as counsel for Defendants, Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America and requests that all parties serve on us copies of all papers filed in or affecting this action.  This Appearance is entered without waiver of any rights or defenses whatsoever, including but not limited to, objections to jurisdiction and service.

                                                Respectfully submitted,

Dated: June 11, 2008            By:      s/Ira J. Schaefer
                                                    Ira J. Schaefer
                                                    Hogan & Hartson LLP
                                                    875 Third Avenue
                                                    New York, NY 10022
                                                    Tel: (212) 918-3000
                                                    Fax: (212) 918-3100
                                                    ijschaefer@hhlaw.com

                                                    Philippe Y. Riesen
                                                    Takashi Hashimoto
                                                    HOGAN & HARTSON L.L.P.
                                                    Shinjuku Center Building, 46th Floor
                                                    25-1 Nishi-Shinjuku 1-chome
                                                    Shinjuku, Tokyo 163-0646
                                                    Japan
                                                    (81) 3-5908-4070
                                                    pyriesen@hhlaw.com
                                                    thashimoto@hhlaw.com

                                                    *Attorneys for Defendants*
                                                    *IPS Alpha Technology, Ltd.*
                                                    *Matsushita Electric Industrial Co., Ltd.*
                                                    *Panasonic Corporation of North America*
                                                    *Hitachi, Ltd.*
                                                    *Hitachi Displays, Ltd.*
                                                    *Hitachi America, Ltd.*
                                                    *HITACHI Electronic Devices USA, Inc.*

To:   Joshua L. Raskin
      Martin G. Raskin
      WolfBlock LLP
      250 Park Avenue
      New York, NY 10177
      Phone: (212) 986-1116
      Fax (212) 986-0604
      jraskin@wolfblock.com

      Chad Johnson
      Jai Chandrasekhar
      Adam Wierzbowski
      Bernstein Litowitz Berger
          & Grossman LLP
      1285 Avenue of the Americas, 38th Floor
      New York, NY 10019
      Phone: (212) 554-1400
      Fax: (212) 554-1444
      chad@blbglaw.com
      jai@blbglaw.com
      adam@blbglaw.com

*Attorneys for Plaintiff Anvik Corporation*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 11th day of June, 2008, I caused a true and correct copy of the foregoing to be served upon the following via the Court's ECF Notification System and by E-mail:

Joshua L. Raskin
Martin G. Raskin
WolfBlock  LLP
250 Park Avenue
New York, NY 10177
Phone: (212) 986-1116
Fax (212) 986-0604
jraskin@wolfblock.com

Chad Johnson
Jai Chandrasekhar
Adam Wierzbowski
Bernstein Litowitz Berger
     & Grossman LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Phone: (212) 554-1400
Fax: (212) 554-1444
chad@blbglaw.com
jai@blbglaw.com
adam@blbglaw.com

*Attorneys for Plaintiff Anvik Corporation*

s/Scott A. Clark
Scott A. Clark