UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Anvik Corporation,                                                )
                                                                  )
                    Plaintiff,                                    )
                                                                  )          Civil Action No.
            v.                                                    )          08 CV 4036 (SCR)(LMS)
                                                                  )
IPS Alpha Technology, Ltd.,                                       )
Toshiba Corporation,                                              )
Toshiba America, Inc.,                                            )
Toshiba America Consumer Products, L.L.C.,                        )
Matsushita Electric Industrial Co., Ltd.,                         )
Panasonic Corporation of North America,                           )
Hitachi, Ltd.,                                                    )
Hitachi Displays, Ltd.,                                           )
Hitachi America, Ltd., and                                        )
HITACHI Electronic Devices USA, Inc.,                             )
                                                                  )
                    Defendants.                                   )
------------------------------------------------------------------X

## STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS MATSUSHITA AND PANASONIC TO RESPOND TO COMPLAINT AND WAIVER OF OBJECTIONS TO PERSONAL JURISDICTION AND SERVICE

It is hereby stipulated and agreed (subject to the approval of the Court) by and among Plaintiff Anvik Corporation and Defendants Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America (collectively, "Stipulating Defendants") that:

1)   Stipulating Defendants' original deadline for filing an Answer or otherwise responding to the Complaint was May 29, 2008;

2)   The time for Stipulating Defendants to answer, move, or otherwise respond to the Complaint is extended to and including July 31, 2008. Stipulating Defendants have sought one prior extension of time, by and through their previous attorneys, to file an Answer or otherwise respond to the Complaint that was granted; and

3)   Stipulating Defendants waive any defenses or objections to personal jurisdiction, any defect in the Summons, and service of the Summons and Complaint.

Dated: June 25, 2008

_____  
*Joshua Raskin* /JKC by permission  
Joshua L. Raskin  
JRaskin@wolfblock.com  
Martin G. Raskin  
MRaskin@wolfblock.com  
WOLFBLOCK LLP  
250 Park Avenue  
New York, NY 10177  
Phone: (212) 986-1116  

_____  
*Chad Johnson* /JKC by permission  
Chad Johnson  
Chad@blbglaw.com  
Jai Chandrasekhar  
Jai@blbglaw.com  
Adam Wierzbowski  
Adam@blbglaw.com  
BERNSTEIN LITOWITZ BERGER  
    & GROSSMANN LLP  
1285 Avenue of the Americas, 38th Floor  
New York, NY 10019  
Phone: (212) 554-1400  

*Attorneys for Plaintiff Anvik Corporation*

_____  
*Eric Lobenfeld* /JKC by permission  
Eric J. Lobenfeld  
EJLobenfeld@HHLAW.com  
Ira J. Schaefer  
IJSchaefer@HHLAW.com  
Scott A. Clark  
SAClark@HHLAW.com  
HOGAN & HARTSON L.L.P.  
875 Third Avenue  
New York, NY 10022  
Phone: (212) 918-3000  

Philippe Y. Riesen  
PYRiesen@HHLAW.com  
Takashi Hashimoto  
THashimoto@HHLAW.com  
HOGAN & HARTSON L.L.P.  
Shinjuku Center Building, 46th Floor  
25-1 Nishi-Shinjuku 1-chome  
Shinjuku, Tokyo 163-0646  
Japan  
(81) 3-5908-4070  

*Attorneys for Defendants*  
*Matsushita Electric Industrial Co., Ltd.* and  
*Panasonic Corporation of North America*

✓  **SO ORDERED**, this 1st day of July, 2008.

_____  
Honorable Stephen C. Robinson  
United States District Court Judge

2