UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
Anvik Corporation,

      Plaintiff,     : Civil Action No. 08 CIV. 4036 (SCR)

    v.

IPS Alpha Technology, Ltd.,
Toshiba Corporation, Toshiba America, Inc.,
Toshiba America Consumer Products, L.L.C.,
Matsushita Electric Industrial Co., Ltd.,
Panasonic Corporation of North America,
Hitachi, Ltd.,
Hitachi Displays, Ltd.,
Hitachi America, Ltd., and
HITACHI Electronic Devices USA, Inc.,

      Defendants.

- - - - - - - - - - - - - - - - - x

**STIPULATION AND ORDER TO EXTEND TIME FOR THE TOSHIBA DEFENDANTS TO ANSWER**

Plaintiff Anvik Corporation and Defendants Toshiba Corporation ("Toshiba"), Toshiba America, Inc. ("TAI"), and Toshiba America Consumer Products, L.L.C. ("TACP"), by their undersigned counsel, subject to the approval of the Court, hereby stipulate and agree that:

(1) TAI and TACP have accepted service, and Toshiba waives service of judicial process, i.e., a Summons and a copy of the Complaint, in this action. TAI, TACP, and Toshiba retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court, except for objections based on a defect in the summons or in the

service of the summons and objections based on a lack of personal jurisdiction over any of these Defendants.

(2) The time for TAI, TACP, and Toshiba to move, plead, or otherwise respond to the Complaint should be, and is, hereby extended until July 31, 2008. TAI's and TACP's original deadline was May 28, 2008, and Toshiba's original deadline was June 4, 2008. The Court previously approved a Stipulation and Order, entered June 5, 2008 (Docket No. 25), extending the time to answer for TAI and TACP until June 27, 2008 and the time to answer for Toshiba until July 18, 2008.

June 26, 2008

_Chad Johnson /JKC by permission_
Chad Johnson
Jai K. Chandrasekhar
Adam H. Wierzbowski
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

Martin G. Raskin
Joshua L. Raskin
WOLFBLOCK LLP
250 Park Avenue
New York, New York 10177
Phone: (212) 986-1116
Fax: (212) 986-0604

*Attorneys for Anvik Corporation*

-2-

_____
Carl E. Schlier
OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.
1940 Duke St
Alexandria, VA 22314
Phone: (703) 413-3000
Fax: (703) 413-2220

*Attorneys for Toshiba Corporation, Toshiba America, Inc., and Toshiba America Consumer Products, L.L.C.*

✓ Approved and entered this ___1st___ day of __July__, 2008.

_____
Stephen C. Robinson, United States District Judge