**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

ANVIK CORP.                    Plaintiff,

- against -                                          0 8   cv   4036   (SCR)

IPS ALPHA                      Defendant.            **MOTION TO ADMIT COUNSEL**
TECHNOLOGY, LTD., et
al                                                   **PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,  ERIC J. LOBENFELD    a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Takashi Hashimoto |
| Firm Name: | Hogan & Hartson LLP |
| Address: | Shinjuku Center Bldg., 46th Fl. 25-1 Nishi-Shinjuku 1-chome |
| City/State/Zip: | Tokyo, Japan 163-0646 |
| Phone Number: | +81 - 3 - 5908 - 4070 |
| Fax Number: | +81 - 3 - 5908 - 4071 |

Takashi Hashimoto                       is a member in good standing of the Bar of the States of

California

There are no pending disciplinary proceeding against   Takashi Hashimoto
in any State or Federal court.

Dated:

City, State:

Respectfully submitted

Sponsor's
SDNY Bar EL-4560
Firm Name: HOGAN & HARTSON LLP
Address: 875 Third Ave
City/State/Zip: New York NY 10022
Phone Number: 212 918 - 3000
Fax Number: 212 918 - 3100

SDNY (Rev. 10/2006) Pro Hac Vice Affidavit

---

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

---

ANVIK CORP.  Plaintiff,

- against -

IPS ALPHA TECHNOLOGY, LTD. et al.,
Defendant.

08cv 4036 (SCR)

AFFIDAVIT OF
**Eric J. Lobenfeld**
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

---

State of New York    )
                     )  ss:
County of New York   )

---

Eric J. Lobenfeld, being duly sworn, hereby deposes and says as follows:

1.  I am a partner at Hogan & Hartson LLP, counsel for Defendants in the above captioned action.   I am familiar with the proceedings in this case.   I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Takashi Hashimoto as counsel pro hac vice to represent Defendants in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1976 .   I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Takashi Hashimoto since 2007 .

4.  Mr. Hashimoto is an attorney at Hogan & Hartson LLP in Tokyo, Japan.

5.  I have found Mr. Hashimoto to be a skilled attorney and a person of integrity.   He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of   Takashi Hashimoto pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Takashi Hashimoto, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Takashi Hashimoto, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: June 24, 2008

City, State: New York

Notarized: Michele Versau

MICHELE VERSACE
Notary Public, State of New York
No. 01VE6092377
Qualified in Queens County
Commission Expires May 19, 2011

Respectfully submitted,

Name of Movant:
Eric J. Lobenfeld
SDNY Bar Code:  EL-4560

SDNY Form Web 10/2006

NY - 032599/000001 - 1086745 v1



**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639                    TELEPHONE: 888-800-3400

June 16, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TAKASHI HASHIMOTO, 211828 was admitted to the practice of law in this state by the Supreme Court of California on December 13, 2000; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Director of Administration

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANVIK CORP.

      Plaintiff,

 -against-

IPS ALPHA TECHNOLOGY, LTD., et al.,

      Defendant.

08 cv 4036 (SCR)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Eric J. Lobenfeld attorney for IPS Alpha Technology, Ltd., Matsushita

Electric Inc., Panasonic Corporation of North America, Hitachi, Ltd., Hitachi Displays, Ltd.,

Hitachi America, Ltd., and Hitachi Electronic Devices USA, Inc. and said sponsor attorney's

affidavit in support;

**IT IS HEREBY ORDERED** that

   Applicant's Name:  Takashi Hashimoto

   Firm Name:   Hogan & Hartson LLP

   Address:    Shinjuku Center Bldg., 46th Floor, 25-1 Nishi-shinjuhi 1-chome

   City/State/Zip:  Tokyo, Japan 163-0646

   Telephone/Fax:  +81-3-5908-4070/ + 81-3-5908-4071

   Email Address:  thashimoto@hhlaw.com

is admitted to practice pro hac vice as counsel for IPS Alpha Technology, Ltd., Matsushita in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac

vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

ANVIK CORPORATION,                               :
                                                 :
                        Plaintiff,               :
        -against-                                :        08 CV 4036 (SCR)
                                                 :
                                                 :
IPS ALPHA TECHNOLOGY, LTD., TOSHIBA              :
CORPORATION, TOSHIBA AMERICA, INC.,              :
et.al.                                           :
                                                 :        **Affidavit of Service**
                                                 :
                        Defendants.              :
----------------------------------------------------------------x

STATE OF NEW YORK    )
                           : ss:
COUNTY OF NEW YORK )


       John Nguyen, being duly sworn, deposes and says that he resides in the State of New Jersey, is employed by the firm Hogan & Hartson LLP, is over the age of eighteen years and is not a party to this action.

       On the 15th day of July, 2008 deponent served a true copy of the **Motion For Admission Pro Hac Vice of Takashi Hashimoto and supporting documents** upon:

> Chad Johnson
> Jai Chandrasekhar
> Adam H.Wierzbowski
> BERNSTEIN LITOWITZ BERGER
> & GROSSMANN LLP
> 1285 Avenue of the Americas, 38th floor
> New York, NY  10019
>
> Martin G. Raskin
> Joshua L. Raskin
> WOLFBLOCK LLP
> 250 Park Avenue
> New York, NY 10177

Carl E. Schlier
OBLON SPIVAK MCCLELLAN MAIER
& NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314

by depositing true copies of same, enclosed in a postpaid properly address wrapper,

in an official depository under the exclusive care and custody of the U.S. Postal

Service within the State of New York.

_____
JOHN NGUYEN

Sworn to before me this
15th day of July, 2008,

_____
Notary Public

ELLEN SCHILIRO
Notary Public, State of New York
NO. 01SC4951455
Qualified in Westchester County
Cert. Filed in New York County
Commission Expires May 22, 20__

\\\NY - 076496/000630 - 1041696 v1