UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANVIK CORP.

                Plaintiff,

-against-

IPS ALPHA TECHNOLOGY, LTD., et al.,

                Defendant.

08 cv 4036 (SCR)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Eric J. Lobenfeld attorney for IPS Alpha Technology, Ltd., Matsushita Electric Inc., Panasonic Corporation of North America, Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices USA, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Takashi Hashimoto |
| Firm Name: | Hogan & Hartson LLP |
| Address: | Shinjuku Center Bldg., 46th Floor, 25-1 Nishi-shinjuhi 1-chome |
| City/State/Zip: | Tokyo, Japan 163-0646 |
| Telephone/Fax: | +81-3-5908-4070/ + 81-3-5908-4071 |
| Email Address: | thashimoto@hhlaw.com |

is admitted to practice pro hac vice as counsel for IPS Alpha Technology, Ltd., Matsushita in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

USDC S...
DOCUM...
ELECT... ILED
D...
...

–2–

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 22, 2008
City, State:

_____
United States District/Magistrate Judge