AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

Anvik Corporation,
        Plaintiff,
    v.
IPS Alpha Technology, Ltd.,
Toshiba Corporation,
Toshiba America, Inc.,
Toshiba America Consumer Products, L.L.C.,
Matsushita Electric Industrial Co., Ltd.,
Panasonic Corporation of North America,
Hitachi, Ltd.,
Hitachi Displays, Ltd.,
Hitachi America, Ltd., and
HITACHI Electronic Devices USA, Inc.,
        Defendants.

**APPEARANCE**

Case Number: 08cv4036 (SCR)(LMS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

  Toshiba Corporation
  Toshiba America, Inc.
  Toshiba America Consumer Products, L.L.C.

I certify that I am admitted to practice in this court.

| 7/31/2008 | *(signature)* Jonathan Hudis | JH-1993 |
|---|---|---|
| Date | Signature / Print Name: Jonathan Hudis | Bar Number |

Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
Address

| 1940 Duke Street; | Alexandria, VA | 22314 |
|---|---|---|
| City | State | Zip Code |

| (703) 413-3000 | (703) 413-2220 |
|---|---|
| Phone Number | Fax Number |