IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anvik Corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>IPS Alpha Technology, Ltd.,<br>Toshiba Corporation,<br>Toshiba America, Inc.,<br>Toshiba America Consumer Products, L.L.C.,<br>Matsushita Electric Industrial Co., Ltd.,<br>Panasonic Corporation of North America,<br>Hitachi, Ltd.,<br>Hitachi Displays, Ltd.,<br>Hitachi America, Ltd., and<br>Hitachi Electronic Devices USA, Inc.<br><br>      Defendants. | Civil Action No.  08cv4036 (SCR) (LMS)<br><br>ECF CASE |

**RULE 7.1(a) STATEMENT OF DEFENDANT TOSHIBA CORPORATION**

Pursuant to Rule 7.1(a), Fed. R. Civ. P., defendant Toshiba Corporation has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

1

                                        Respectfully submitted,

                                        OBLON, SPIVAK, McCLELLAND,
                                          MAIER & NEUSTADT, P.C.

OF COUNSEL:

Arthur I. Neustadt                           By: s/
Carl E. Schlier                                Jonathan Hudis (JH-1993)
Barry J. Herman                            1940 Duke Street
OBLON, SPIVAK, McCLELLAND,        Alexandria, Virginia  22314
 MAIER & NEUSTADT, P.C.              Tel:  (703) 413-3000
1940 Duke Street                             Fax: (703) 413-2220
Alexandria, Virginia  22314            jhudis@oblon.com
Tel:  (703) 413-3000
Fax: (703) 413-2220                        *Attorneys for Defendants*
aneustadt@oblon.com                    *Toshiba Corporation, Toshiba*
cschlier@oblon.com                      *America, Inc. and Toshiba America*
bherman@oblon.com                     *Consumer Products, L.L.C.*

Dated:  July 31, 2008