IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anvik Corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>IPS Alpha Technology, Ltd.,<br>Toshiba Corporation,<br>Toshiba America, Inc.,<br>Toshiba America Consumer Products, L.L.C.,<br>Matsushita Electric Industrial Co., Ltd.,<br>Panasonic Corporation of North America,<br>Hitachi, Ltd.,<br>Hitachi Displays, Ltd.,<br>Hitachi America, Ltd., and<br>Hitachi Electronic Devices USA, Inc.<br><br>      Defendants. | Civil Action No. 08cv4036 (SCR) (LMS)<br><br>ECF CASE |

**RULE 7.1(a) STATEMENT OF DEFENDANT
TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.**

Pursuant to Rule 7.1(a), Fed. R. Civ. P., the parent corporation of defendant Toshiba America Consumer Products, L.L.C. is Toshiba America, Inc., whose parent corporation is Toshiba Corporation. There is no publicly held corporation that owns 10% or more of the stock of Toshiba Corporation.

1

          Respectfully submitted,

          OBLON, SPIVAK, McCLELLAND,
           MAIER & NEUSTADT, P.C.

OF COUNSEL:

Arthur I. Neustadt
Carl E. Schlier
Barry J. Herman
OBLON, SPIVAK, McCLELLAND,
 MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia  22314
Tel:  (703) 413-3000
Fax: (703) 413-2220
aneustadt@oblon.com
cschlier@oblon.com
bherman@oblon.com

Dated:  July 31, 2008

By:  s/
  Jonathan Hudis (JH-1993)
  1940 Duke Street
  Alexandria, Virginia  22314
  Tel:  (703) 413-3000
  Fax: (703) 413-2220
  jhudis@oblon.com

*Attorneys for Defendants
Toshiba Corporation, Toshiba
 America, Inc. and Toshiba America
 Consumer Products, L.L.C.*