IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anvik Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>IPS Alpha Technology, Ltd.,<br>Toshiba Corporation,<br>Toshiba America, Inc.,<br>Toshiba America Consumer Products, L.L.C.,<br>Matsushita Electric Industrial Co., Ltd.,<br>Panasonic Corporation of North America,<br>Hitachi, Ltd.,<br>Hitachi Displays, Ltd.,<br>Hitachi America, Ltd., and<br>Hitachi Electronic Devices USA, Inc.<br><br>  Defendants. | Civil Action No. 08cv4036 (SCR) (LMS)<br><br>ECF CASE |

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 31st day of July, 2008, I caused a true and correct copy of

  **Appearance (Jonathan Hudis)**

  **Toshiba Corporation's Answer, Defenses And Counterclaims**

  **Toshiba America, Inc.'s Answer, Defenses And Counterclaims**

  **Toshiba America Consumer Products, L.L.C.'s Answer, Defenses and Counterclaims**

  **Rule 7.1(a) Statement of Defendant Toshiba Corporation**

  **Rule 7.1(a) Statement of Defendant Toshiba America, Inc.**

  **Rule 7.1(a) Statement of Defendant Toshiba America Consumer Products, L.L.C.**

This **Certificate of Service**

to be served upon the following counsel via the Court's ECF Notification System and by E-mail:

<u>Counsel for Plaintiff Anvik Corp.</u>

| | |
|---|---|
| Chad Johnson | Joshua L. Raskin |
| Jai Chandrasekhar | Martin G. Raskin |
| Adam H. Wierzbowski | WolfBlock LLP |
| Bernstein Litowitz Berger | 250 Park Avenue |
|  & Grossmann LLP | New York, NY  10177 |
| 38th Floor | Phone: (212) 986-1116 |
| 1285 Avenue of the Americas | Fax: (212) 986-0604 |
| New York, NY  10019 | jraskin@wolfblock.com |
| Phone (212) 554-1400 | mraskin@wolfblock.com |
| Fax: (212) 554-1444 | |
| chad@blbglaw.com | |
| jai@blbglaw.com | |
| adam@blbglaw.com | |

Counsel for Defendants IPS Alpha Technology, Ltd., Matsushita Electric Industrial Co., Ltd., Panasonic Corp. of North America, Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd. and <u>Hitachi Electronic Devices USA, Inc.</u>

| | |
|---|---|
| Eric J. Lobenfeld | Philippe Y. Riesen |
| Scott Alan Clark | Takashi Hashimoto |
| Ira James Schaefer | Hogan & Hartson LLP |
| Hogan & Hartson LLP | Shinjuku Center Bldg. |
| 875 Third Avenue | 46th Floor |
| New York, NY  10022 | 25-1 Nishi-Shinjuku 1-chome |
| Phone: (212) 918-3000 | Tokyo 163-0646 |
| Fax:  (212) 918-3100 | Japan |
| ejlobenfeld@hhlaw.com | Phone:  011-81-3-5908-4070 |
| saclark@hhlaw.com | Fax:  011-81-3-5908-4071 |
| ijschaefer@hhlaw.com | pyriesen@hhlaw.com |
| | thashimoto@hhlaw.com |

    s/                      
Jonathan Hudis (JH-1993)
OBLON, SPIVAK, McCLELLAND,
 MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia  22314
Tel:  (703) 413-3000
Fax: (703) 413-2220
jhudis@oblon.com

*Attorneys for Defendants*
*Toshiba Corporation, Toshiba*
    *America, Inc. and Toshiba*
    *America Consumer Products,*
    *L.L.C.*