UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Anvik Corporation,                                               )
                                                                 )
                Plaintiff,                                 )
                                                                 )    Civil Action No.
                v.                                         )    08 CV 4036 (SCR)(LMS)
                                                                 )
IPS Alpha Technology, Ltd.,                                      )
Toshiba Corporation,                                             )    **ECF Case**
Toshiba America, Inc.,                                           )
Toshiba America Consumer Products, L.L.C.,                       )    **JURY TRIAL**
Matsushita Electric Industrial Co., Ltd.,                        )    **DEMANDED**
Panasonic Corporation of North America,                          )
Hitachi, Ltd.,                                                   )
Hitachi Displays, Ltd.,                                          )
Hitachi America, Ltd., and                                       )
Hitachi Electronic Devices USA, Inc.,                            )
                                                                 )
                Defendants-Counterclaimants,               )
-----------------------------------------------------------------X


**HITACHI ELECTRONIC DEVICES USA, INC.'S
<u>RULE 7.1 STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Hitachi Electronic Devices USA, Inc., (a non-governmental party) states that Hitachi America, Ltd. (a wholly owned subsidiary of Hitachi, Ltd.) owns 100% of its stock.

| | |
|---|---|
| Dated: August 1, 2008 |     s/Eric J. Lobenfeld<br>By: Eric J. Lobenfeld<br>Ira J. Schaefer<br>Scott A. Clark<br>**HOGAN & HARTSON L.L.P.**<br>875 Third Avenue<br>New York, NY 10022<br>(212) 918-3000<br><br>Philippe Y. Riesen<br>Takashi Hashimoto<br>**HOGAN & HARTSON L.L.P.**<br>Shinjuku Center Building, 46th Floor<br>25-1 Nishi-Shinjuku 1-chome<br>Shinjuku, Tokyo 163-0646<br>Japan<br>(81) 3-5908-4070<br><br>**ATTORNEYS FOR DEFENDANT HITACHI ELECTRONIC DEVICES USA, INC.** |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Anvik Corporation,                               )
                                                 )
             Plaintiff,                          )
                                                 )      Civil Action No.
       v.                                        )      08 CV 4036 (SCR) (LMS)
                                                 )
IPS Alpha Technology, Ltd.,                      )      **ECF Case**
Toshiba Corporation,                             )
Toshiba America, Inc.,                           )
Toshiba America Consumer Products, L.L.C.,       )      **JURY TRIAL**
Matsushita Electric Industrial Co., Ltd.,        )      **DEMANDED**
Panasonic Corporation of North America,          )
Hitachi, Ltd.,                                   )
Hitachi Displays, Ltd.,                          )
Hitachi America, Ltd., and                       )
Hitachi Electronic Devices USA, Inc.,            )
                                                 )
             Defendants                          )
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 1st day of August, 2008, I caused a true and correct copy of

> Rule 7.1 Statements for:
> IPS Alpha Technology, Ltd.,
> Matsushita Electric Industrial Co., Ltd.,
> Panasonic Corporation of North America,
> Hitachi, Ltd.,
> Hitachi Displays, Ltd.,
> Hitachi America, Ltd., and
> Hitachi Electronic Devices USA, Inc.

\\\\NY - 032599/000001 - 1092137 v1

to be served upon the following via the Court's ECF Notification System and by E-mail:

Counsel for Plaintiff Anvik Corporation

Joshua L. Raskin
Martin G. Raskin
WolfBlock LLP
250 Park Avenue
New York, NY 10177
Phone: (212) 986-1116
Fax (212) 986-0604
jraskin@wolfblock.com

Chad Johnson
Jai Chandrasekhar
Adam Wierzbowski
Bernstein Litowitz Berger
    & Grossman LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Phone: (212) 554-1400
Fax: (212) 554-1444
chad@blbglaw.com
jai@blbglaw.com
adam@blbglaw.com

Counsel for Defendants
Toshiba Corporation,
Toshiba America, Inc. and
Toshiba America Consumer
Products, L.L.C.

Jonathan Hudis
Oblon, Spivak, McClelland, Maier &
Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314
Phone: 703-412-7047
Fax: 703-413-2220
jhudis@oblon.com

*Attorneys for Defendants
IPS Alpha Technology, Ltd.,
Matsushita Electric Industrial Co., Ltd.,
Panasonic Corporation of North America,
Hitachi, Ltd.,
Hitachi Displays, Ltd.,
Hitachi America, Ltd.,
Hitachi Electronic Devices, USA, Inc.*

                                              s/Scott A. Clark
                                                Scott A. Clark