UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

Anvik Corporation,                              )
                                                )
              Plaintiff,                         )
                                                )        Civil Action No.
              v.                                )        08 CV 4036 (SCR)(LMS)
                                                )
IPS Alpha Technology, Ltd.,                     )
Toshiba Corporation,                            )        **ECF Case**
Toshiba America, Inc.,                          )
Toshiba America Consumer Products, L.L.C.,      )        **JURY TRIAL**
Matsushita Electric Industrial Co., Ltd.,       )        **DEMANDED**
Panasonic Corporation of North America,         )
Hitachi, Ltd.,                                  )
Hitachi Displays, Ltd.,                         )
Hitachi America, Ltd., and                      )
Hitachi Electronic Devices USA, Inc.,           )
                                                )
              Defendants-Counterclaimants,       )

----------------------------------------------------------------------X


## HITACHI LTD.'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Defendant Hitachi, Ltd., (a non-governmental party) states that there is no parent

corporation or other publically held corporation that owns ten percent or more of its stock.

Dated: August 1, 2008

                                    ___s/Eric J. Lobenfeld_____

By: Eric J. Lobenfeld
     Ira J. Schaefer
     Scott A. Clark
     **HOGAN & HARTSON L.L.P.**
     875 Third Avenue
     New York, NY 10022
     (212) 918-3000

     Philippe Y. Riesen
     Takashi Hashimoto
     **HOGAN & HARTSON L.L.P.**
     Shinjuku Center Building, 46th Floor
     25-1 Nishi-Shinjuku 1-chome
     Shinjuku, Tokyo 163-0646
     Japan
     (81) 3-5908-4070

     **ATTORNEYS FOR DEFENDANT
     HITACHI, LTD.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Anvik Corporation,                                          )
                                                            )
                    Plaintiff,                              )
                                                            )     Civil Action No.
                    v.                                      )     08 CV 4036 (SCR) (LMS)
                                                            )
IPS Alpha Technology, Ltd.,                                 )     **ECF Case**
Toshiba Corporation,                                        )
Toshiba America, Inc.,                                      )
Toshiba America Consumer Products, L.L.C.,                  )
Matsushita Electric Industrial Co., Ltd.,                   )     **JURY TRIAL**
Panasonic Corporation of North America,                     )     **DEMANDED**
Hitachi, Ltd.,                                              )
Hitachi Displays, Ltd.,                                     )
Hitachi America, Ltd., and                                  )
Hitachi Electronic Devices USA, Inc.,                       )
                                                            )
                    Defendants                              )
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 1st day of

August, 2008, I caused a true and correct copy of

> Rule 7.1 Statements for:
> IPS Alpha Technology, Ltd.,
> Matsushita Electric Industrial Co., Ltd.,
> Panasonic Corporation of North America,
> Hitachi, Ltd.,
> Hitachi Displays, Ltd.,
> Hitachi America, Ltd., and
> Hitachi Electronic Devices USA, Inc.

to be served upon the following via the Court's ECF Notification System and by E-mail:

Counsel for Plaintiff Anvik Corporation

Joshua L. Raskin
Martin G. Raskin
WolfBlock  LLP
250 Park Avenue
New York, NY 10177
Phone: (212) 986-1116
Fax (212) 986-0604
jraskin@wolfblock.com

Chad Johnson
Jai Chandrasekhar
Adam Wierzbowski
Bernstein Litowitz Berger
        & Grossman LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Phone: (212) 554-1400
Fax: (212) 554-1444
chad@blbglaw.com
jai@blbglaw.com
adam@blbglaw.com

Counsel for Defendants
Toshiba Corporation,
Toshiba America, Inc. and
Toshiba America Consumer
Products, L.L.C.

Jonathan Hudis
Oblon, Spivak, McClelland, Maier &
Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314
Phone: 703-412-7047
Fax: 703-413-2220
jhudis@oblon.com

*Attorneys for Defendants*
*IPS Alpha Technology, Ltd.,*
*Matsushita Electric Industrial Co., Ltd.,*
*Panasonic Corporation of North America,*
*Hitachi, Ltd.,*
*Hitachi Displays, Ltd.,*
*Hitachi America, Ltd.,*
*Hitachi Electronic Devices, USA, Inc.*

_____s/Scott A. Clark_____
            Scott A. Clark

2