UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Anvik Corporation,                                              )
                                                                )
                   Plaintiff,                              )
                                                                )    Civil Action No.
                  v.                                       )    08 CV 4036 (SCR)(LMS)
                                                                )
IPS Alpha Technology, Ltd.,                                     )
Toshiba Corporation,                                            )    **ECF Case**
Toshiba America, Inc.,                                          )
Toshiba America Consumer Products, L.L.C.,                      )    **JURY TRIAL**
Matsushita Electric Industrial Co., Ltd.,                       )    **DEMANDED**
Panasonic Corporation of North America,                         )
Hitachi, Ltd.,                                                  )
Hitachi Displays, Ltd.,                                         )
Hitachi America, Ltd., and                                      )
Hitachi Electronic Devices USA, Inc.,                           )
                                                                )
                 Defendants-Counterclaimants,            )
-----------------------------------------------------------------X


# MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.'S
# RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Matsushita Electric Industrial Co., Ltd., (a non-governmental party) states that there is no parent corporation or other publically held corporation that owns ten percent or more of its stock.

Dated: August 1, 2008

        s/Eric J. Lobenfeld
By: Eric J. Lobenfeld
Ira J. Schaefer
Scott A. Clark
**HOGAN & HARTSON L.L.P.**
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen
Takashi Hashimoto
**HOGAN & HARTSON L.L.P.**
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

**ATTORNEYS FOR DEFENDANT MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.**

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Anvik Corporation,                                               )
                                                                 )
                Plaintiff,                                       )
                                                                 )   Civil Action No.
         v.                                                      )   08 CV 4036 (SCR) (LMS)
                                                                 )
IPS Alpha Technology, Ltd.,                                      )   ECF Case
Toshiba Corporation,                                             )
Toshiba America, Inc.,                                           )
Toshiba America Consumer Products, L.L.C.,                       )
Matsushita Electric Industrial Co., Ltd.,                        )   JURY TRIAL
Panasonic Corporation of North America,                          )   DEMANDED
Hitachi, Ltd.,                                                   )
Hitachi Displays, Ltd.,                                          )
Hitachi America, Ltd., and                                       )
Hitachi Electronic Devices USA, Inc.,                            )
                                                                 )
                Defendants                                       )
-----------------------------------------------------------------X
```

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 1st day of August, 2008, I caused a true and correct copy of

> Rule 7.1 Statements for:
> IPS Alpha Technology, Ltd.,
> Matsushita Electric Industrial Co., Ltd.,
> Panasonic Corporation of North America,
> Hitachi, Ltd.,
> Hitachi Displays, Ltd.,
> Hitachi America, Ltd., and
> Hitachi Electronic Devices USA, Inc.

to be served upon the following via the Court's ECF Notification System and by E-mail:

<u>Counsel for Plaintiff Anvik Corporation</u>

Joshua L. Raskin
Martin G. Raskin
WolfBlock LLP
250 Park Avenue
New York, NY 10177
Phone: (212) 986-1116
Fax (212) 986-0604
jraskin@wolfblock.com

Chad Johnson
Jai Chandrasekhar
Adam Wierzbowski
Bernstein Litowitz Berger
    & Grossman LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Phone: (212) 554-1400
Fax: (212) 554-1444
chad@blbglaw.com
jai@blbglaw.com
adam@blbglaw.com

Counsel for Defendants
Toshiba Corporation,
Toshiba America, Inc. and
<u>Toshiba America Consumer Products, L.L.C.</u>

Jonathan Hudis
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314
Phone: 703-412-7047
Fax: 703-413-2220
jhudis@oblon.com

*Attorneys for Defendants*
*IPS Alpha Technology, Ltd.,*
*Matsushita Electric Industrial Co., Ltd.,*
*Panasonic Corporation of North America,*
*Hitachi, Ltd.,*
*Hitachi Displays, Ltd.,*
*Hitachi America, Ltd.,*
*Hitachi Electronic Devices, USA, Inc.*

                                                        s/Scott A. Clark
                                                          Scott A. Clark