UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Anvik Corporation,

        Plaintiff,

        v.

IPS Alpha Technology, Ltd.,
Toshiba Corporation,
Toshiba America, Inc.,
Toshiba America Consumer Products, L.L.C.,
Matsushita Electric Industrial Co., Ltd.,
Panasonic Corporation of North America,
Hitachi, Ltd.,
Hitachi Displays, Ltd.,
Hitachi America, Ltd., and
Hitachi Electronic Devices USA, Inc.,

        Defendants-Counterclaimants,
------------------------------------------------------------------X

Civil Action No.
08 CV 4036 (SCR)(LMS)

**ECF Case**

**JURY TRIAL DEMANDED**

## PANASONIC CORPORATION OF NORTH AMERICA'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Panasonic Corporation of North America, (a non-governmental party) states that Matsushita Electronic Industrial Co., Ltd. is a parent corporation, owning 100% of its stock.

Dated: August 1, 2008

s/Eric J. Lobenfeld
By: Eric J. Lobenfeld
Ira J. Schaefer
Scott A. Clark
**HOGAN & HARTSON L.L.P.**
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen
Takashi Hashimoto
**HOGAN & HARTSON L.L.P.**
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

**ATTORNEYS FOR DEFENDANT
PANASONIC CORPORATION OF
NORTH AMERICA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Anvik Corporation,                                )
                                                  )
                Plaintiff,               )
                                                  )        Civil Action No.
                v.                       )        08 CV 4036 (SCR) (LMS)
                                                  )
IPS Alpha Technology, Ltd.,                       )        **ECF Case**
Toshiba Corporation,                              )
Toshiba America, Inc.,                            )
Toshiba America Consumer Products, L.L.C.,        )        **JURY TRIAL**
Matsushita Electric Industrial Co., Ltd.,         )        **DEMANDED**
Panasonic Corporation of North America,           )
Hitachi, Ltd.,                                    )
Hitachi Displays, Ltd.,                           )
Hitachi America, Ltd., and                        )
Hitachi Electronic Devices USA, Inc.,             )
                                                  )
                Defendants               )
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 1st day of August, 2008, I caused a true and correct copy of

    Rule 7.1 Statements for:
    IPS Alpha Technology, Ltd.,
    Matsushita Electric Industrial Co., Ltd.,
    Panasonic Corporation of North America,
    Hitachi, Ltd.,
    Hitachi Displays, Ltd.,
    Hitachi America, Ltd., and
    Hitachi Electronic Devices USA, Inc.

to be served upon the following via the Court's ECF Notification System and by E-mail:

<u>Counsel for Plaintiff Anvik Corporation</u>

Joshua L. Raskin
Martin G. Raskin
WolfBlock LLP
250 Park Avenue
New York, NY 10177
Phone: (212) 986-1116
Fax (212) 986-0604
jraskin@wolfblock.com

Chad Johnson
Jai Chandrasekhar
Adam Wierzbowski
Bernstein Litowitz Berger
    & Grossman LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Phone: (212) 554-1400
Fax: (212) 554-1444
chad@blbglaw.com
jai@blbglaw.com
adam@blbglaw.com

<u>Counsel for Defendants
Toshiba Corporation,
Toshiba America, Inc. and
Toshiba America Consumer
Products, L.L.C.</u>

Jonathan Hudis
Oblon, Spivak, McClelland, Maier &
Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314
Phone: 703-412-7047
Fax: 703-413-2220
jhudis@oblon.com

*Attorneys for Defendants
IPS Alpha Technology, Ltd.,
Matsushita Electric Industrial Co., Ltd.,
Panasonic Corporation of North America,
Hitachi, Ltd.,
Hitachi Displays, Ltd.,
Hitachi America, Ltd.,
Hitachi Electronic Devices, USA, Inc.*

<u>s/Scott A. Clark</u>
Scott A. Clark