

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anvik Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>IPS Alpha Technology, Ltd.,<br>Toshiba Corporation,<br>Toshiba America, Inc.,<br>Toshiba America Consumer Products, L.L.C.,<br>Matsushita Electric Industrial Co., Ltd.,<br>Panasonic Corporation of North America,<br>Hitachi, Ltd.,<br>Hitachi Displays, Ltd.,<br>Hitachi America, Ltd., and<br>Hitachi Electronic Devices USA, Inc.<br><br>    Defendants. | Civil Action No. 08cv4036 (SCR) (LMS)<br><br>ECF CASE |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan Hudis, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Arthur I. Neustadt
    Carl E. Schlier
    Barry J. Herman
    Oblon, Spivak, McClelland,
     Maier & Neustadt, P.C.
    1940 Duke Street
    Alexandria, Virginia 22314
    Tel: (703) 413-3000
    Fax: (703) 413-2220

Arthur I. Neustadt and Carl Schlier are members in good standing of the Bar of Virginia. Barry J. Herman is a member in good standing of the Bar of Maryland. Attached hereto as exhibit A are original certificates of good standing for these individuals, issued within thirty (30) days of this motion.

There are no pending disciplinary proceedings against Arthur I. Neustadt, Carl E. Schlier or Barry J. Herman in any state or federal court.

Respectfully submitted,

Dated: July 31, 2008
Alexandria, Virginia

OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.

By: *[signature]*
Jonathan Hudis (JH-1993)
1940 Duke Street
Alexandria, Virginia 22314
Tel: (703) 413-3000
Fax: (703) 413-2220
jhudis@oblon.com

*Attorney for Defendants*
*Toshiba Corporation, Toshiba*
*America, Inc. and Toshiba*
*America Consumer Products,*
*L.L.C.*

# VIRGINIA STATE BAR



## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT ARTHUR IRWIN NEUSTADT IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. NEUSTADT WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON SEPTEMBER 4, 1975, AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

Issued July 24, 2008

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING



This is to certify that **CARL EDWARD SCHLIER** is an active member of the Virginia State Bar in good standing.

**MR. SCHLIER** was licensed to practice law in Virginia on **SEPTEMBER 30, 1991**, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.

Issued July 24, 2008

Karen A. Gould
Executive Director and
Chief Operating Officer

# Court of Appeals of Maryland
### Annapolis, MD



### CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, *ss:*

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fifteenth day of December, 1999,

## Barry J. Herman

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-fourth day of July, 2008.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland