IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anvik Corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>IPS Alpha Technology, Ltd.,<br>Toshiba Corporation,<br>Toshiba America, Inc.,<br>Toshiba America Consumer Products, L.L.C.,<br>Matsushita Electric Industrial Co., Ltd.,<br>Panasonic Corporation of North America,<br>Hitachi, Ltd.,<br>Hitachi Displays, Ltd.,<br>Hitachi America, Ltd., and<br>Hitachi Electronic Devices USA, Inc.<br><br>       Defendants. | Civil Action No. 08cv4036 (SCR) (LMS)<br><br>ECF CASE |

### [PROPOSED] ORDER FOR ADMISSION
### *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Jonathan Hudis, attorney for Toshiba Corporation, Toshiba America, Inc. and Toshiba America Consumer Products, L.L.C., (collectively "Toshiba") and said sponsor attorney's Declaration in support;

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

1

**IT IS HEREBY ORDERED** that

>Arthur I. Neustadt
>Carl E. Schlier
>Barry J. Herman
>OBLON, SPIVAK, MCCLELLAND,
> MAIER & NEUSTADT, P.C.
>1940 Duke Street
>Alexandria, Virginia 22314
>Tel: (703) 413-3000
>Fax: (703) 413-2220
>aneustadt@oblon.com
>cschlier@oblon.com
>bherman@oblon.com

are admitted to practice *pro hac vice* as counsel for the Toshiba defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

So ORDERED.

Dated: August 21, 2008
White Plains, New York

Hon. Stephen C. Robinson
United States District Court Judge

2