IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anvik Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>IPS Alpha Technology, Ltd.,<br>Toshiba Corporation,<br>Toshiba America, Inc.,<br>Toshiba America Consumer Products, L.L.C.,<br>Matsushita Electric Industrial Co., Ltd.,<br>Panasonic Corporation of North America,<br>Hitachi, Ltd.,<br>Hitachi Displays, Ltd.,<br>Hitachi America, Ltd., and<br>Hitachi Electronic Devices USA, Inc.<br><br>    Defendants. | Civil Action No. 08cv4036 (SCR) (LMS)<br><br>ECF CASE |

**(PROPOSED) ORDER FOR SUBSTITUTION
OF LEAD ATTORNEY OF RECORD**

Upon the motion of Jonathan Hudis, attorney for Toshiba Corporation, Toshiba America, Inc. and Toshiba America Consumer Products, L.L.C. (collectively "Toshiba") said Declaration in support, and good cause appearing:

**IT IS HEREBY ORDERED** that Arthur I. Neustadt is substituted as lead attorney of record for the Toshiba defendants in the captioned action.

Dated: *August 29, 2008*
White Plains, New York

_____
Hon. Stephen C. Robinson
United States District Court Judge